1    John T. Jasnoch (CA 281605)
     jjasnoch@scott-scott.com
2    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
     600 W. Broadway, Suite 3300
3    San Diego, CA 92101
     Tel.: 619-233-4565
4    Fax: 619-233-0508

5    *Attorney for Plaintiffs and the Proposed Class*

6

7                **UNITED STATES DISTRICT COURT**
8                **CENTRAL DISTRICT OF CALIFORNIA**

9    BILL MEREWHUADER,                          Case No.
     CHRISTOPHER POLITE, and TIM
10   VIANE, Individually and on Behalf of All
     Others Similarly Situated,
11                                              **CLASS ACTION COMPLAINT**
                         Plaintiffs,
12
            v.
13                                              DEMAND FOR JURY TRIAL
     SAFEMOON LLC, SAFEMOON US,
14   LLC, SAFEMOON CONNECT, LLC,
     SAFEMOON LTD, SAFEMOON
15   PROTOCOL LTD, SAFEMOON MEDIA
     GROUP LTD, BRADEN JOHN
16   KARONY, JACK HAINES-DAVIES,
     RYAN ARRIAGA, SHAUN WITRIOL,
17   HENRY "HANK" WYATT, JAKE
     PAUL, NICK CARTER, DeANDRE
18   CORTEZ WAY, BEN PHILLIPS, and
     MILES PARKS McCOLLUM,
19
                         Defendants.
20

21

22

23

24

25

26

27

28
_____
                    CLASS ACTION COMPLAINT

Plaintiffs Bill Merewhuader, Christopher Polite, and Tim Viane ("Plaintiffs"), individually and on behalf of all others similarly situated, bring this Class Action Complaint ("Complaint") against Defendants SafeMoon LLC, SafeMoon US, LLC, SafeMoon Connect, LLC, SafeMoon LTD, SafeMoon Protocol LTD, and SafeMoon Media Group LTD (collectively "SafeMoon" or the "Company"), Jake Paul, Nick Carter, DeAndre Cortez Way, Ben Phillips, and Miles Parks McCollum (the "Promoter Defendants") and Individual Defendants Shaun Witriol, Ryan Arriaga, the Company's Chief Operating Officer, Jack Haines-Davies, the Company's Chief Technology Officer, Henry "Hank" Wyatt, and the Company's Chief Executive Officer, Braden John Karony (together with the Promotor Defendants and SafeMoon, the "Defendants").  The following allegations are based upon personal knowledge as to Plaintiffs' own facts, upon investigation by Plaintiffs' counsel, and upon information and belief where facts are solely in possession of Defendants.

## NATURE OF THE CASE

1.     Plaintiffs bring this action on behalf of all investors who purchased SafeMoon tokens ("SAFEMOON Tokens") between March 8, 2021 and the time of filing this Complaint, and were damaged thereby.

2.     This case arises from a scheme among various individuals in the cryptocurrency sector to misleadingly promote and sell the digital asset associated with SafeMoon (the SAFEMOON Tokens) to unsuspecting investors.  The Company's executives, collaborating with several celebrity promotors, (a) made false or misleading statements to investors about SafeMoon through social media advertisements and other promotional activities, and (b) disguised their control over SafeMoon and a significant percent of the SAFEMOON Tokens that were available for public trading during the Class Period (the "Float").

3.     In furtherance of this scheme, Defendants touted the technological innovation of the Company's token and related cryptocurrency wallet, as well as the ability for investors to make significant returns due to the favorable "tokenomics"

1 of the SAFEMOON Tokens.  In truth, Defendants marketed the SAFEMOON
2 Tokens to investors so that they could sell their portion of the Float for a profit.

3     4.    Defendants' strategy was a success.  The misleading promotions and
4 celebrity endorsements were able to artificially increase the interest in and price of
5 the SAFEMOON Tokens during the Class Period, causing investors to purchase
6 these losing investments at inflated prices.  Meanwhile, the Company's executives,
7 Karony and Haines-Davies, conspired with the Promoter Defendants to sell their
8 SAFEMOON Tokens to investors for a profit.

9     5.    Plaintiffs bring this class action on behalf of themselves and an
10 objectively identifiable class consisting of all investors who purchased SafeMoon's
11 SAFEMOON Tokens between March 8, 2021 and the time of filing this Complaint.

## PARTIES

### *Plaintiffs*

14     6.    Plaintiff Bill Merewhuader is a resident and citizen of California, living
15 in Lancaster, California.  Plaintiff Merewhuader purchased SAFEMOON Tokens
16 and suffered investment losses as a result of Defendants' conduct.

17     7.    Plaintiff Christopher Polite is a resident and citizen of California, living
18 in Long Beach, California. Plaintiff Polite purchased SAFEMOON Tokens and
19 suffered investment losses as a result of Defendants' conduct.

20     8.    Plaintiff Tim Viane is a resident and citizen of Illinois, living in Des
21 Plaines, Illinois.  Plaintiff Viane purchased SAFEMOON Tokens and suffered
22 investment losses as a result of Defendants' conduct.

### *Defendants*

24     9.    Defendant SafeMoon LLC is a privately held company with its
25 headquarters located at 364 N 500 E, Provo, UT 84606.

26     10.    Defendant SafeMoon US, LLC is a privately held company with its
27 headquarters located at 1022 W 2200 N. Pleasant Grove, UT 84062.

28

1        11.     Defendant SafeMoon Connect, LLC is a privately held company with its headquarters located at 1022 W 2200 N. Pleasant Grove, UT 84062.

12.     Defendant SafeMoon LTD is a privately held company that was incorporated on April 8, 2021, with its headquarters located at 20-22, Wenlock Road, London, England, N1 7GU.[1]

13.     Defendant SafeMoon Protocol LTD is a privately held company, that was incorporated on April 8, 2021 with its headquarters located at 20-22, Wenlock Road, London, England, N1 7GU.

14.     Defendant SafeMoon Media Group LTD is a privately held company, that was incorporated on June 28, 2021, with its headquarters located at The Terrace 5th Floor, 76 Wardour Street, London, United Kingdom, W1F 0UR.

15.     Defendant Braden John Karony ("Karony") is a resident and citizen of Utah, living in Provo, Utah.  Karony is the founder/creator of SafeMoon and serves as the Company's CEO, and he exercised control over SafeMoon and directed and/or authorized, directly or indirectly, the sale and/or solicitations of SAFEMOON Tokens to the public.

---

[1]     The only listed director and shareholder for the SafeMoon entities in the United Kingdom is an Italian national, Castiliano Foini.  Publicly available information about Foini and the UK entities is limited.  However, a search of the UK's government's company information website indicates that a now-dissolved privately held company, Target Company Development Ltd (Company # 12420163), was located at the same address as the SafeMoon UK entities.  Notably, that company's only director and shareholder was Braden John Karony's mother, Jennifer Diane Karony ("Mrs. Karony).  Similarly, according to bankruptcy filings submitted by Mrs. Karony and her husband (Karony's father, Bradford J. Karony) in 2013, the Karony family home is listed as 364 N. 500 East Provo, UT 84606.  *See* Summary of Schedules – Amended, Schedule C – Property Claimed, Karony, 13-13777-BFK (E.D. Va. Oct. 8, 2012).  This is the same address for the SafeMoon LLC entity.  Upon information and belief, Karony, with the aid of his parents, set up the Company's corporate structure in a purposefully complex manner to hide the ownership interests in the various SafeMoon entities in the U.S. and UK.

16.     Defendant Jack Haines-Davies ("Haines-Davies") is a resident and citizen of the United Kingdom, living in London, England.  Haines-Davies serves as the Company's Chief Operating Officer ("COO").

17.     Defendant Ryan Arriaga ("Arriaga") is a resident and citizen of California, living in Elk Grove, California.  Arriaga has served as the Company Global Head of Products since July 2021.

18.     Defendant Shaun Witriol ("Witriol") is a resident and citizen of California, living in San Diego, California.  Witriol served as a representative for the Company.

19.     Defendant Henry ("Hank") Wyatt ("Wyatt") is a resident and citizen of Pennsylvania, living in Shippensburg, Pennsylvania.  Wyatt served as the Company's Chief Technology Officer and Vice President of Research and Development.

20.     Defendants Karony, Haines-Davies, Arriaga, and Witriol, and Wyatt are collectively referred to as the "Executive Defendants."

21.     Defendant Jake Paul ("Paul") is a resident and citizen of California, living in Calabasas, California.  Paul acted as a promotor for the Company and the SAFEMOON Tokens.

22.     Defendant Nick Carter ("Carter") is a resident and citizen of Nevada, living in Las Vegas, Nevada.  Carter acted as a promotor for the Company and the SAFEMOON Tokens.

23.     Defendant DeAndre "Souja Boy" Cortez Way ("Way") is a resident and citizen of California, living in Bell Canyon, California.  Way acted as a promotor for SafeMoon and the SAFEMOON Tokens.

24.     Defendant Ben Phillips ("Phillips") is a resident and citizen of the United Kingdom, living in Wales, United Kingdom.  Phillips acted as a promotor for the Company and the SAFEMOON Tokens.

25.    Defendant Miles "Lil Yachty" Parks McCollum ("McCollum") is a resident and citizen of Georgia, living in Smyrna, Georgia.  McCollum acted as a promotor for the Company and the SAFEMOON Tokens.

26.    Defendants Paul, Carter, Way, Phillips, and McCollum are collectively referred to as the "Promotor Defendants."

## JURISDICTION AND VENUE

27.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because: (1) there are 100 or more (named or unnamed) class members; (2) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest or costs; and (3) there is minimal diversity because at least one Plaintiff and Defendant are citizens of different states.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

28.    This Court may exercise jurisdiction over Defendants because they have continuous and systematic contacts with this District, do substantial business in this State and within this District, and engage in unlawful practices in this District as described in this Complaint, so as to subject themselves to personal jurisdiction in this District, thus rendering the exercise of jurisdiction by this Court proper and necessary.

29.    Venue is proper in this judicial District pursuant to 28 U.S.C. §1391(b) because certain Defendants live and/or conduct business in this District, therefore, a substantial part of the events or omissions giving rise to the claims alleged herein occurred in this District.

## FACTUAL ALLEGATIONS

**SafeMoon Background**

30.    The SAFEMOON Token is a speculative digital token created in March 2021 by a group of cryptocurrency developers and investors, including, but not limited to, the Executive Defendants.  In particular, the SAFEMOON Tokens are blockchain-based digital assets known as "BEP-20 tokens" that are created using the

Binance Smart Chain mainnet blockchain.  After a BEP-20 token is created, it can be traded, spent, or otherwise transacted with.

31.     The name "SafeMoon" is derived from the phrase, "Safely To The Moon," which suggests that the token is meant not to rise only but to rise safely.[2]

32.     The Company was created by a team of six people: Karony, Haines-Davies, Wyatt, Thomas Smith, Trevor Church, and Jacob Smith.[3]

33.     In the early days of the Company's formation in March 2021, Karony held a meeting with Witriol wherein Witriol indicated his interest in being a part the SafeMoon project.  According to Witriol, at the end of the meeting, Karony welcomed him onto the SafeMoon team, saying "You're in."[4]

34.     Witriol also publicly stated that he has been a part of SafeMoon since "day one or day two."[5]  According to Karony, "There's individuals who took the risk early on and acquired SAFEMOON Tokens and now they are reaping their benefit . . . it's kinda like with Apple in the early days."[6]

35.     On March 8, 2021, the Executive Defendants launched the SAFEMOON Tokens with a transaction volume of $149,427 and a price of $0.0000000004, according to data from CoinMarketCap.

---

[2]     Benjamin Godfrey, *What is SafeMoon and can the crypto newcomer reach the moon?*, FORKAST (Nov. 26, 2021), https://forkast.news/what-is-safemoon-crypto-can-it-reach-the-moon/.

[3]     *Altcoin Overview: What is SafeMoon? And is it Actually a Safe Investment?*, MINTDICE (Nov. 11, 2021), https://mintdice.medium.com/altcoin-overview-what-is-safemoon-and-is-it-actually-a-safe-investment-a8e23ea27b2c.

[4]     Witriol, *SafeMoon LIVE: Shaun Witriol ON BLOCKCHAIN, FUTURE, PRICE, AND MORE!*, YouTube (June 5, 2021), https://www.youtube.com/watch?v=HBiY2SIQCqw.

[5]     *Id.*

[6]     *FBI ties and Ponzi games – here's what SafeMoon doesn't want you to know*, PROTOS (May 19, 2021), https://protos.com/safemoon-fbi-ties-ponzi-games-crypto-protocol-dave-portnoy-shill/.

36.     "SafeMoon deployed with 1 quadrillion tokens (15 zeroes) and perpetually burns supply, alluding to rising scarcity. . . . [As of May 19, 2021], there's roughly 584 trillion SAFE in circulation (after 223 trillion went to "devs"), which means it's currently burning 2.9 trillion [SAFEMOON Tokens] per day on average."[7]

37.     SAFEMOON Tokens were first made available to investors on a decentralryized cryptocurrency exchange, PancakeSwap.

38.     At the time of launch, and throughout the Class Period, the SAFEMOON Tokens were sold pursuant to a three-page "whitepaper" titled, "SafeMoon: A Deflationary Reflection Token with Automated Liquidity Acquisition."[8]   Whitepapers in cryptocurrency are documents released by the founders of the project that are supposed to give investors technical information about its concept, and a roadmap for how it plans to grow and succeed, serving essentially the same purpose.

39.     The SafeMoon whitepaper described, among other things, how the favorable "tokenomics" for SAFEMOON Tokens "may afford far superior benefits" to investors.

40.     First, the Company outlined its goal to "solve the problems of prior cryptocurrencies including mining rewards, farming rewards, and liquidity provisioning" by providing "an easy alternative to mining rewards" in the form of "allowing users to participate in a smart contract token reflection to produce tokens inside their own wallet."   Additionally, the Company pointed to the challenge of "maintain[ing] liquidity on decentralized exchanges" and proposed "utilizing a smart contract function to automatically capture liquidity to be used on the decentralized exchanges and held in custody independent from user possession."

---

[7]     *Id*.

[8]     https://safemoon.net/whitepaper.pdf (last visited Feb. 16, 2022).

41.   Finally, the SafeMoon whitepaper makes the following statements about the burn of the SAFEMOON Tokens:

> [A] smart contract that provides the capability to burn tokens can promote scarcity by reducing the total supply.   Together, the combination of these tokenomics may afford far superior benefits for the community within the decentralized venue.   Allowing these functions to be amplified and dependent on volume provides an ideal incentive to expedite adoption and foster new use cases. . . .
>
> *       *       *
>
> In a decentralized smart chain environment, contract functions can be utilized to achieve token scarcity.   To do this, we propose also distributing rewards to the burn address, which is publicly verifiable for all participants to see.   We can then track the depreciating supply in real-time for added transparency.   In our effort to establish a baseline token burn rate, we find that these values are dependent on three important factors: reflection rate, token quantity, and market volume. The rate of reflection rewards is proportional to the total supply in each holder's wallet address. [9]

42.   In plain terms, the Company's purported purposes are the same as any other company trying to sell its financial products to investors: offer dividend-like "reflection" rewards for investors that hold the SAFEMOON Tokens (holders are charged a transaction fee of about 5%, which is distributed among the SAFEMOON Token holders); ensure that there is enough liquidity for SAFEMOON Tokens to be traded on exchanges; and minimize dilution of the Company's market cap. Furthermore, like other decentralized finance projects, the Company depends on:

---

[9]   *Id.*

8
CLASS ACTION COMPLAINT

a liquidity pool to encourage holders to "stake" tokens to acquire more — similar to a bond that matures, but with a volatile crypto.  What SafeMoon claims to do differently is distribute what it calls "static rewards" to its now 2 million holders.  Static rewards push to alleviate downward sell pressure from earlier adopters, who are inclined to dump their tokens once yield falls.  SafeMoon's static rewards are, more or less, a system that penalizes buyers for anything but holding their tokens.  Anyone that sends SafeMoon to another wallet is "charged" a 10% fee — half is burned and the rest given to other holders.[10]

43.     On the Company's website, there is a "buying guide" section that shows investors how to purchase the SAFEMOON Tokens in four steps.  Notably, only steps 1 to 3 have actual instructions on the mechanics of acquiring SAFEMOON Tokens.  Step 4 in its entirety states: "HODL! All that's left now is to HODL and see your balance grow from reflections!"[11]

**The Pump – Defendants Lure Investors in with Misleading Promotions**

44.     The Executive Defendants actively recruited and retained the Promoter Defendants to serve as the promotors of the SAFEMOON Tokens in March 2021 and beyond.

45.     As observed in the article *FBI ties and Ponzi games – here's what SafeMoon doesn't want you to know*:

SafeMoon embodies meme token hype better than almost any crypto in history.  In just two months, SafeMoon has engineered $4 billion market value inflated by influencers like Jake Paul, [and] Soulja Boy. . . . But what SafeMoon resembles most is the **crypto-powered Ponzi**

---

[10]     *See* fn.6, *supra*.

[11]     https://safemoon.net/buy (last visited Feb. 16, 2022).

**games** once popular on Ethereum, like Proof-of-Weak Hands 3D (PoWH3D).

\* \* \*

These games — which are now bleeding into the Binance Smart Chain ecosystem — are designed to mimic real-life Ponzi schemes. And so, just like the Ethereum-based Ponzi games that came before it — the earliest to buy SafeMoon *hypothetically* stands to make the most profit — but **only if they can lure enough players** to follow suit.[12]

46. As discussed further below, the Company and the Executive Defendants repeatedly touted the "burn" and "tokenomics" of the SAFEMOON Tokens.

47. In fact, the fourth point in the SafeMoon whitepaper is dedicated to "Depreciating Supply & Burn Address." The opening line of that section states: "In a decentralized smart chain environment, contract functions can be utilized to achieve token scarcity."[13]

48. "SafeMoon's supply gimmick is integral to its value proposition: scarcity inflates as supply deflates, which implies value."[14] However, the price of the SAFEMOON Tokens is "***determined by market demand*** – exactly what makes celebrity endorsements so critical to SafeMoon's success."[15]

49. Upon information and belief, the Promoter Defendants received SAFEMOON Tokens and/or other forms of consideration as part or all of their compensation for promoting SafeMoon.

50. The Promotor Defendants are sophisticated public figures with familiarity and experience with endorsement contracts.

---

[12] *See* fn.6, *supra*.

[13] *See* fn.8, *supra*.

[14] *See* fn.6, *supra*.

[15] *Id*.

CLASS ACTION COMPLAINT

51.     This is why Haines-Davies was a vital part of Karony's and Witroil's plan for marketing the SAFEMOON Tokens.  Prior to joining the Company, Haines-Davies managed a UK-based YouTube celebrity, Ben Phillips, from 2017 until March 2021 (*i.e.*, the month that the SAFEMOON Tokens launched).  Upon information and belief, Haines-Davies leveraged the contacts and experience he gained from managing Phillips to recruit other celebrities to promote the SAFEMOON Tokens in exchange for a portion of the Float.

52.     For example, on March 19, 2021, in a now-deleted post on his official Twitter account, Phillips feigned ignorance about SafeMoon (despite his manager Haines-Davies' personal connection as SafeMoon's COO) and asked his followers: "I keep seeing #SafeMoon everywhere anyone know about it?  Is it gonna pop?  Or . . . has it got Big #Doge energy."[16]  Phillips did not disclose his connection to the Company but instead sought to convince investors that the "buzz" about SafeMoon was organically created as opposed to manufactured by Defendants themselves.

53.     As the other Promoter Defendants were being recruited by Haines-Davies, the Company was making statements to investors about the "token burn" for SAFEMOON Tokens.  In particular, on March 21, 2021, the Company released a statement via its official Twitter account, stating that 841,685,253,836 SAFEMOON Tokens "have been burnt in the last 24 hours alone.  That's over 800 billion tokens permanently removed from the circulating supply!"[17]

---

[16]    *See*    https://www.reddit.com/r/SafeMoon/comments/m8mjpk/safemoon _tweet_by_ben_phillips_benphillipsuk/ (last visited Feb. 16, 2022).

[17]    @SafeMoon 2.0 🚀, Twitter (Mar. 21, 2021), https://t.co/pCeZQidEMi: "Burn baby burn. 🔥🔥🔥."

54.     Then on March 22, 2021, the Company announced that "over 1.1 trillion tokens [were] permanently removed from the circulating supply" and that this amount of tokens were "burnt in the last 24 hours alone."[18]

55.     By stressing the "burn" of the SAFEMOON Token supply in a short period of time, Karony signaled to investors that the value of SAFEMOON Token would increase as more SAFEMOON Tokens are burned.

56.     Karony endorsed the Company's announcement on his personal Twitter account that same day.[19]

57.     On March 25, 2021, on the SafeMoon official Reddit page, a previously recorded live stream AMA with Phillips was posted.  In that AMA, Phillips touts the growth of the SafeMoon community and favorably compares the SAFEMOON Tokens to other hot cryptocurrencies like Dogecoin.[20]  At the end of the clip, Phillips is "welcomed" to "the team" by Karony and the Company's Chief Blockchain Officer, Thomas Smith, and SafeMoon Community Manager, Trevor Church.[21]

58.     That same day in a now deleted post[22] on Twitter, Phillips promoted the SAFEMOON Tokens to his millions of followers:

---

[18]     @SafeMoon 2.0 🚀, Twitter (Mar. 22, 2021), https://t.co/tZ1kvS2Xdw: "Not sure if this is what they meant when they said #SAFEMOON was fire . . . #Burna #DeFi #BSC."

[19]     Re-tweet of *id.* by Karony: https://twitter.com/safemoon/status/1374045413834072070?cxt=HHwWjICtzcPBy5EmAAAA.

[20]     *A.M.A NEWS!! Ben Phillips has been added to the SAFEMOON team. So much great news in this live stream.  UPVOTE TO SHOW HIM SOME LOVE: SafeMoon*, Reddit (Mar. 25, 2021), https://www.reddit.com/r/SafeMoon/comments/md6gew/ama_news_ben_phillips_has_been_added_to_the/.

[21]     *Id.*

[22]     This post was captured in the FBI Ties and Ponzi Games article.  *See* fn.6, *supra.*

1
2
3

I've said it before I'm not a FINANCIAL ADVISOR but I do like moons and safe places #Safemoon 🔒 🙂

— Ben Phillips (@BenPhillipsUK) March 25, 2021

4      59.    On March 27, 2021, social media influencer and boxer, Paul, published

5   the following post[23] promoting SAFEMOON to his 4.1 million Twitter followers:

6
7
8
9
10
11
12
13
14
15

Jake Paul ✔
@jakepaul

Everyone needs #SAFEMOON or this will be you 📈

1:53 PM · Mar 27, 2021 · Twitter for iPhone

2,059 Retweets   242 Quote Tweets   8,210 Likes

16      60.    That same day, Karony also republished the aforementioned Paul post

17   on his personal Twitter account.[24]

18      61.    On March 29, 2021, musician, Miles "Lil Yachty" Parks McCollum,

19   promoted SAFEMOON in a tweet that stated "#safemoonisthenewdogecoin."[25]  At

20   the time, the referenced cryptocurrency token (Dogecoin) had a massive increase in

21   the price of that token.  McCollum compared SAFEMOON Tokens to this other hot

22
23

---

24   [23]    Paul (@jakepaul), Twitter (Mar. 27, 2021), https://t.co/r9DCQG0pmQ:

25   "Everyone needs #SAFEMOON or this will be you ."

26   [24]    *Id*.

27   [25]    McCollum (@lilyachty), Twitter (Mar. 29, 2021),
     https://twitter.com/lilyachty/status/1376669875918286848:

28   #safemoonisthenewdogecoin 👀."

cryptocurrency in order to mislead investors into believing that SAFEMOON would similarly increase in price.

62.    Notably, Paul publicly endorsed McCollum's statement about the SAFEMOON Token's expected price increase by tweeting out "factssss" as a reply to McCollum's SafeMoon promotion.[26]  The SafeMoon twitter account also replied positively to McCollum's post.[27]

63.    Likewise, Karony also promoted McCollum's post on his personal Twitter account on March 29, 2021.[28]

64.    Two days later, on March 31, 2021, McCollum continued his promotional activities for SafeMoon, repeating "#SAFEMOON" on this Twitter account.[29]  Once again, Karony endorsed McCollum's March 31, 2021 on his personal Twitter account.[30]

65.    That same day, Karony offered "Congrats to the winners! #SAFEMOON" in reply to a now-deleted Twitter post from Ben Phillips.[31]

66.    Also on March 31, 2021, both the official SafeMoon Twitter account and Karony's personal Twitter account promoted a post with a picture suggesting

---

[26]    Paul (@jakepaul), Twitter (Mar. 29, 2021), https://twitter.com/jakepaul/status/1376690168875339780: "@lilyachty factssss."

[27]    @SafeMoon 2.0 🚀, Twitter (Mar. 29, 2021), https://t.co/ 8SnqxKmuj7: "@jakepaul @lilyachty.".

[28]    Karony (@CptHodl), Twitter (Mar. 29, 2021), https://twitter.com/CptHodl/status/1376676389676519435?cxt=HHwWlsCwlb3495omAAAA: "Hey Hey!"

[29]    *See, e.g.*, McCollum (@lilyachty), Twitter (Mar. 31, 2021), https://twitter.com/lilyachty/status/1377293537264418818: "#SAFEMOON #SAFEMOON #SAFEMOON."

[30]    *Id.*

[31]    Karony (@CptHodl), Twitter (Mar. 31, 2021), https://twitter.com/CptHodl/status/1377401899050098688: "Congrats to the winners! #SAFEMOON."

that SAFEMOON Tokens were going up in price with the caption indicating that this rise was "IMMINENT."[32]

67.    On April 2, 2021, McCollum again promoted SafeMoon to retail investors, stating in a Twitter post: "I told y'all safe moon was going up lol."[33]

68.    On April 3, 2021, SafeMoon announced on its Facebook page that it had "got" several celebrity promotors to work with the Company, including Paul and McCollum.[34]

69.    That same day, the Company announced that 396 trillion SAFEMOON Tokens were "burnt" and "gone."[35]  Karony reposted the token announcement on his personal Twitter account and noted in the caption that the supply of SAFEMOON Tokens would receive "continual burns" and that the price of the SAFEMOON Tokens was at an all-time high ("ATH") and would be going to the "moon" imminently.[36]  In an apparent attempt to provide some type of disclaimer to these statements, Karony, in closing, stated: "Not financial advice, you do you."[37]

---

[32]    See @SafeMoon 2.0 🚀, Twitter (Mar. 31, 2021), https://t.co/iSYlX4vdCA: ""IMMINENT" #SAFEMOOM 🌕.""

[33]    McCollum (@lilyachty), Twitter (Apr. 2, 2021), https://twitter.com/lilyachty/status/1378051154416963586?lang=en: "I told y'all safe moon was goin up lol."

[34]    SafeMoon (@SafeMoonOfficial), Facebook (Apr. 3, 2021), https://www.facebook.com/101527008681710/posts/so-we-got-jake-paul-lil-yachty-keemstar-ben-phillips-and-tenille-dashwood-anyone/118723846962026/: "So we got Jake Paul, Lil Yachty, Keemstar, Ben Phillips . . . ."

[35]    @SafeMoon 2.0 🚀, Twitter (Apr. 3, 2021), https://t.co/LJKCnIbrM8: "396,384,506,514,787 BURNT 🔥 GONE 🔥 #SAFEMOON."

[36]    Karony (@CptHodl), Twitter (Apr. 3, 2021), https://twitter.com/CptHodl/status/1378383282832875523?cxt=HHwWhoC5md6SgKEmAAAA: "New ATH..Check. Continual burns..also check. Moon . . . #Imminent Not financial advice, you do you. #SafeMoon #FairLaunch #DeFi."

[37]    Id.

70.    On April 4, 2021, the Company published the "Safemoon Road Map" for all four quarters of 2021 as four separate posts on its account on the social media platform, Instagram.   These road maps for each quarter gave investors a false impression of the Company's future prospects.

71.    The caption to the Company's post about the first quarter's successes bragged: "Q1 Complete . . . Cough . . . we the best . . . cough."[38]   The post itself listed six accomplishments for Q1.   Significantly, the Company stated that its "marketing campaign" had begun.[39]

72.    In the post for the second quarter of 2021, there was a list of 16 action items that the Company was looking at for Q2.[40]   Most importantly, the Company stated that it intended to "complete" the SafeMoon wallet and "begin architecting" the SafeMoon exchange and related NFT exchange within the second quarter of 2021.[41]

73.    The post for the Company's Instagram post providing details about the third quarter of 2021 included eight action items.[42]   One of those items stated: "Finish NFT Exchange."[43]

---

[38]    @safemoonhq, Instagram (Apr. 4, 2021), https://www.instagram.com/p/CNPShnjn03i/?utm_source=ig_web_copy_link: "Q1 COMPLETE. . . . Cough . . . we the best . . . cough #SAFEMOON 🚀 🌕"

[39]    *Id.*

[40]    @safemoonhq, Instagram (Apr. 4, 2021), https://www.instagram.com/p/CNPScNDHbkB/?utm_source=ig_web_copy_link: "Q2 Currently working on this!  With your support anything possible."

[41]    *Id.*

[42]    @safemoonhq,          Instagram          (Apr.          4,          2021), https://www.instagram.com/p/CNPSNJOn4oH/?utm_source=ig_web_copy_link: "Q3 Now where cooking. 🚀 🔥 🌕."

[43]    *Id.*

74.     The first bullet point for the Company's post about the "SAFEMOON Road Map" for the fourth quarter of 2021 declared that the Company would "finish SafeMoon exchange."[44]

75.     In only nine days after the SafeMoon marketing campaign began in earnest, the promotion efforts of Paul and McCollum, along with those of the Company and Executive Defendants during the same time period, caused investors to purchase SAFEMOON Tokens in droves and drastically increased the trading volume over those days.  For example, from March 27, 2021 to April 4, 2021, the trading volume leaped from $7 million to $68.7 million – a staggering 875% increase.

76.     Over the next 10 days, the trading volume for the SAFEMOON Tokens began to die down.  Despite the continued promotional activities by the Company and the Executive Defendants, the trading volume dropped from $43.9 million on April 5, 2021 to an interim low of only $8.9 million on April 15, 2021.

77.     On April 7, 2021, the official SafeMoon Twitter account posted a video from Karony, wherein he provided an update "on all our progress."[45]  In particular, Karony stated that SafeMoon was in the middle of a two-part process of creating its own cryptocurrency exchange.   The first part would be the creation of a SAFEMOON wallet.  Karony advised investors that the Company was working on a "designated wallet" which "would be a better place for you to hold your SAFEMOON [Tokens]."[46]  The second part would be for the Company to create the

---

[44]     @safemoonhq,        Instagram        (Apr.        4,        2021), https://www.instagram.com/p/CNPSJOLHKcC/?utm_source=ig_web_copy_link: "Q4 Who knows this might be merged into Q3 🚀 🌕."

[45]     @SafeMoon 2.0 🚀, Twitter (Apr. 7, 2021), https://t.co/zB7NPJcfyx: "Update from our CEO @CptHodl as he talks over the next moves for #SAFEMOON future and current and touches on exciting projects in the works. 🚀🌕."

[46]     *Id.*

CLASS ACTION COMPLAINT

1    exchange itself.   According to Karony, the Company's developers were in the

2    process of using the "most innovative" features for the exchange, including creating

3    a sub-exchange for non-fungible tokens ("NFTs").[47]

4         78.   The following day, both the Company and Karony posted on social

5    media that "400 TRILLION TOKENS BURNT GONE! NEVER COMING

6    BACK."[48]

7         79.   On April 10, 2021, the Company's Twitter account published the

8    following post:[49]

9

10

11

12

13

14

15        80.   Karony replied to the Company's boastful post about how it planned to

16   reveal SafeMoon's "boldest innovation yet" with a single word reference to

17   "Cryptonomics" *i.e.* the SAFEMOON Token's tokenomics.[50]

18

19   _____

     [47]    *Id.*

20   [48]    Karony (@CptHodl), Twitter (Apr. 8, 2021), https://t.co/yWNdDIMS3k:

21   "400 Trillion!   Wow #SAFEMOON #FairLaunch #DeFi"; "400 TRILLION

     TOKENS BURNT GONE! NEVER COMING BACK🔥 #SAFEMOON 🚀 🌕."

22

23   [49]    @SafeMoon   2.0   🚀,   Twitter   (Apr.   10,   2021),

     https://twitter.com/safemoon/status/1380886849850376194: "Tomorrow we reveal

24   quite possibly our boldest innovation yet. A lot of you know #SAFEMOON

25   Exchange has been our vision since the beginning, so we invite you to join our CEO

     as he discusses why this may be one of the biggest moves within crypto space to

26   date."

27   [50]    Karony   (@CptHodl),   Twitter   (Apr.   10,   2021),

     https://twitter.com/CptHodl/status/1380887019304411136?cxt=HHwWgICzybDb8

28   qkmAAAA: ""Cryptonomics.""

81.     Apparently realizing that the Company's ability to reach new and unsuspecting investors for the purpose of luring them into purchasing SAFEMOON Tokens was decreasing rapidly, the Executive Defendants went back to what worked previously: celebrity endorsements.  In an effort to inflate trading volume back up again, and ultimately facilitate the sale of their portion of the Float, the Executive Defendants and the Company went on to recruit new celebrities to act as promoters for the SAFEMOON Tokens.  These efforts were once again successful and would, in short order, exponentially increase the trading volume for the SAFEMOON Tokens.

82.     For example, on April 17, 2021, musician and producer, DeAndre "Souja Boy" Cortez Way, announced to his 5.4 million followers on Twitter that he had a public address for SAFEMOON tokens.  Way has a dubious history when it comes to is previous similar promotional activities.[51]

83.     That same day, musician and entertainer, Nick Carter, also used Twitter to promote SAFEMOON Tokens to prospective investors, disseminating a video of a rocket heading to the moon with the caption: "It's time for blastoff #SAFEMOON."  Carter also photoshopped a picture of his face in the window of the rocket, implying to investors that he is onboard with the SafeMoon "rocket."  At the end of the video, it shows the number of SAFEMOON Tokens increasing from "500k holders" to "500,001 holders," further indicating that Defendant Carter was personally invested in the future of SafeMoon.[52]

---

[51]     *See, e.g.*, Tarply Hitt, *Rapper Souja Boy Owns up to (Some of) His Wild Scams: 'I Was Always Tricking People'*, DAILY BEAST (Sept. 18, 2019), https://www.thedailybeast.com/rapper-soulja-boy-owns-up-to-some-of-his-wild-scams-i-was-always-tricking-people (detailing Way's long history of misleading and "scamming" consumers).

[52]     Carter (@nickcarter), Twitter (Apr. 17, 2021), https://t.co/qpglKmX4HF: "It's time for blastoff 🚀 #SAFEMOON."

84.     On April 18, 2021, SafeMoon representative, Witriol, bragged about the Company's marketing success (of which he was a key contributor) specifically in California.  In particular, Witriol posted a screenshot indicating that the hashtag "#SAFEMOON" was "Trending in California" on Twitter with almost 99,000 posts. In the accompanying message, Witriol, among other statements promoting SAFEMOON Tokens in California, used the same misleading promotional phrase – "#safemoonisthenewdogecoin – that McCollum had previously used to promote the SAFEMOON Tokens.  The entire message[53] is as follows:



85.     Two days later, on April 20, 2021, Way again promoted SafeMoon to his followers and potential investors on Twitter.[54]  Way did not disclose any financial relationship or promotional payments that he received from SafeMoon.

---

[53]     Witriol (@ShaunWitriol), Twitter (Apr. 18, 2021), https://t.co/CfuLibxpLe: "👀 #safemoon This is only in California!  Let's get this going across the 🌎! Together we can do it all!  You guys are amazing!  🚀#safemoonfamily #safemooncommunity #safemoonisthenewdogecoin #doge #bnb #binance #btc #bitcoin #cryptocurrency #usa #safemoonarmy."

[54]     Way (@souljaboy), Twitter (Apr. 19, 2021), https://twitter.com/souljaboy/status/1384095418376613893?lang=en: "Safemoon."

86.   On April 21, 2021, the Company itself joined in the promotion of SAFEMOON Tokens, posting the proclamation on Twitter:[55]



**SafeMoon 2.0** 🚀 ✔
@safemoon
···

Rome wasn't built in a day, #SAFEMOON was. 👀

2:44 AM · Apr 21, 2021 · Twitter for iPhone

**2,497** Retweets   **129** Quote Tweets   **12.5K** Likes

87.   The Company also posted, and Haines-Davies reposted on his personal Twitter account, the following message[56] downplaying the drop in the price of the SAFMOON Token from the preceding day and encouraging new retail investors to purchase SAFEMOON Tokens:



�recall **Jack Haines Retweeted**

**SafeMoon 2.0** 🚀 ✔
@safemoon
···

That wasn't a dip today… we went back to earth 🌍 for a bigger rocket 🚀 🟡 and more passengers 🧑‍🚀 #SAFEMOON

11:50 AM · Apr 21, 2021 · Twitter for iPhone

**6,083** Retweets   **479** Quote Tweets   **26.3K** Likes

88.   On   April   22,   2021,   Witriol   again   promoted   the "#safemoonisthenewdogecoin" hashtag on his Twitter account, advising investors to not sell their SAFEMOON Tokens because the severe price drop that occurred that same day was "all a part of the process!  Sit back and relax!"[57]  Witriol's post then

---

[55]   @SafeMoon   2.0   🚀,   Twitter   (Apr.   21,   2021), https://twitter.com/safemoon/status/1384759982831374337: "Rome wasn't built in a day, #SAFEMOON was. 👀."

[56]   @SafeMoon   2.0   🚀,   Twitter   (Apr.   21,   2021), https://twitter.com/safemoon/status/1384897219137056780: "That wasn't a dip today . . . we went back to earth 🌍 for a bigger rocket 🚀 🟡 and more passengers 🧑‍🚀 #SAFEMOON."

[57]   Witriol   (@ShaunWitriol),   Twitter   (Apr.   22,   2021), https://t.co/BcGzO7Vhwq: "Hey #SAFEMOON It's all a part of the process!  Sit

1  made reference to a 1990s rap song (with an attached clip of the music video for

2  added emphasis) with a parody of the lyrics: "We #hodl they hatin' patrolling, trying

3  to catch me ridin' dirty" in an apparent effort to (1) dismiss any legitimate criticisms

4  of the Company or those involved in the project and (2) reassure investors and the

5  "#SafeMoonCommunity" that the SAFEMOON Tokens were still a good

6  investment.   The following is the post in its entirety (with a still shot of the GIF that

7  Witriol attached to his post):[58]

8
9
10
11
12
13
14
15
16
17
18
19
20
21



22      89.      The trading volume for the SAFEMOON Token exploded as a result of

23  promotional activities of Way, Witriol, and Carter on Twitter and the Company's

24  announcements around the same time.   On April 17, 2021, the volume reached $17.5

25  _____

26  back and relax!  "We #hodl they hatin' patrolling, trying to catch me ridin' dirty"

27  🚀🔒🟡   #SafeMoonCommunity #safemoonarmy #safemoonisthenewdogecoin
    #BNB #BSC."

28  [58]      *Id.*

million – approximately 70% higher than the previous day.[59] On April 18, 2021 (*i.e.*, the same day that Witriol made statements about SAFEMOON's popularity in California specifically) the trading volume jumped another 36% up to $23.9 million.[60] Then on April 19th, that volume *more than tripled*, reaching $68.8 million.[61] Over the following three days, the Company's continued promotions pushed the trading volume for SAFEMOON Tokens exponentially higher. On April 20, 2021, the volume jumped to $144.7 million, with it increasing further to $173.3 million on April 21, 2021 and then temporarily peaking at $191.6 million on April 22, 2021.

90. Ultimately, the promotional efforts by the Company and Way, Witriol, and Carter caused *a staggering 1,691% increase in trading volume* between April 16, 2021 and April 22, 2021.

91. On May 1, 2021, Karony advised SAFEMOON Token investors about an "update" on the status of the SAFEMOON wallet. Karony teased "all the features" that were available on the wallet and promised to show the user interface to investors. Karony also gave a "new hint" about the wallet, namely that the wallet was "a component of Operation Pheonix."[62]

92. In addition to using the celebrity power of the Promoter Defendants, the Executive Defendants sought to instill confidence in investors by pointing to an

---

[59]    https://coinmarketcap.com/currencies/safemoon/historical-data/.

[60]    *Id.*

[61]    *Id*.

[62]    Karony (@CptHodl), Twitter (May 1, 2021), https://twitter.com/CptHodl/status/1388543343194484737?cxt=HHwWgsC55Yq0j MUmAAAA: "Looking forward to tomorrow's update on the wallet. We cannot go into all the features, but we will be showing the UI to you. New hint: the wallet is a component of Operation Pheonix. #SAFEMOONARMY #SAFEMOON #Evolution."

1   audit it had conducted from a Singapore-based company, CertiK.[63]  The audit report
2   created by CertiK (the "CertiK report") on May 3, 2021, discovered that the
3   Company's developers had built an "addLiquidity function" into the SafeMoon
4   protocol to reward a single "_owner" address with significant sums of SAFE tokens
5   over time.  According to the CertiK report: "As a result, overtime the _owner address
6   will accumulate a significant portion of LP tokens" (worth approximately $2.6
7   billion in May 2021).[64]  "If the _owner is an EOA (Externally Owned Account),
8   mishandling of its private key can have devastating consequences to the project as a
9   whole."[65]

10       93.    As Jasper Lawler, head of research at London Capital Group to the
11  Financial Post, noted in an article in the *International Business Times*, "The manual
12  burns, alongside the [C]ompany having a pretty large stake in the [SAFEMOON
13  Tokens], just speaks to me of a manipulation risk.  Whenever there's some sort of
14  mechanism to stop selling, that's a bit of a warning sign."

15       94.    Another cryptocurrency blog described the problem with the manual
16  burns as follows: "the creators [*i.e.*, the Executive Defendants] can choose to burn
17  as much of the coin as they want, whenever they want, as this is basically like
18  trusting the US government not to over inflate the currency.  Yes, they have the
19  power to no over inflate the US dollar, but do they use it?  Not always.  See the
20  problem?"[66]

21       95.    CertiK suggested that the project could mitigate that risk by assigning
22  such privileged roles to multisig wallets, introducing a DAO, and even time-locking
23  the centralized wallet.  The Company rejected this suggestion in CertiK and sought

---

63    https://www.certik.com/projects/safemoon.
64    *Id*.
65    *Id*.
66    *See* fn.3, *supra*.

1   to downplay the possibility of any wrongdoing by the Executive Defendants: "Rug

2   pulls or anything else is mitigated due to the fact that every member of SafeMoon

3   would be subject to litigation and likely a swift prison sentence . . . outside of the

4   law, our social lives would be in ruin."[67]

5       96.   On or about May 5, 2021, the Company, via its Reddit social media

6   account, took in funds raised from "the community" to pay for multiple billboards

7   that promoted the SAFEMOON Tokens as the "World's Fastest Growing

8   Cryptrocurrency" with the "Fastest Growing Crypto Community on Earth."   The

9   following picture was posted on the Company's Reddit account "r/SafeMoon":[68]



21      97.   On May 10, 2021, the Company's official Twitter account posted a

22  video showing a different six-story billboard display with a SafeMoon advertisement

23  with the caption: "#SAFEMOON has landed in Times Square!   Thanks to the

---

67      *See* fn.63, *supra*.

68      *SAFEMOON AT TIMES SQUARE, NEW YORK* 🚀 🚀 🚀, Reddit (May 5, 2021),
https://www.reddit.com/r/SafeMoon/comments/n5bkvi/safemoon_at_times_square_new_york/.

community who raised the funds to make this possible, we are overwhelmed with the billboard action across the globe . . . the message is strong. #SAFEMOONARMY".[69]

98.    The trading volume of SAFEMOON Tokens saw a significant increase following the Company's promotional efforts, rising over 46% from $136.2 million on May 9, 2021 to $199.3 million on May 10, 2021.[70]

99.    On May 13, 2021, Paul promoted SAFEMOON Tokens in an exchange he had with Grammy award winning rapper Juicy J on Twitter:[71]



100.    Then on May 15, 2021, Paul bragged about his earlier promotion of the SAFEMOON Tokens:[72]

---

[69]    @SafeMoon 2.0 🚀, Twitter (May 10, 2021), https://t.co/yAb0i78OnG: "🌑 🌕 #SAFEMOON has landed in Times Square!  Thanks to the community who raised the funds to make this possible, we are overwhelmed with the billboard action across the globe . . . the message is strong. #SAFEMOONARMY."

[70]    *See* fn. 59, *supra*.

[71]    Paul    (@jakepaul),    Twitter    (May    13,    2021), https://twitter.com/jakepaul/status/1392962577714528256?lang=en: "@therealjuicyj YOU SAY NO TO SAFEMOON JUICY J CANT CANT CANT CANT."

[72]    Paul    (@jakepaul),    Twitter    (May    15,    2021), https://twitter.com/jakepaul/status/1393719812547878913?lang=en.

CLASS ACTION COMPLAINT

101. On May 15, 2021, Phillips promoted the SAFEMOON Tokens in a now-deleted post on Twitter by bluntly stating, "YES I HOLD #SAFEMOON NO SHIT! I ALSO HOLD . . . . (not holding advice)."[73]

102. Paul's promotional activities created a corresponding increase in people trading the SAFEMOON Tokens. In particular, the trading volume of SAFEMOON Tokens that spiked as a result of the promotional efforts of both the Company and Paul went from $123 million on May 12, 2021 to $152.7 million on May 13, 2021 (+24%). Then, following a steep drop off in trading volume on the next trading day, Paul's May 15th tweet pumped the trading volume up again from $36.6 million on May 14, 2021 to $51.7 million on May 15, 2021 (*an increase of 41% from the previous day*).[74]

103. On May 22, 2021, an auditing company, HashEx, published an audit report on the Company's smart contracts that was created for a SAFEMOON Token investor (the "HashEx report").[75] The stated purpose of the audit was to "identify potential security issues with smart contracts" and "formally check the logic behind

---

[73]  *See* fn.6, *supra*.

[74]  *See* fn. 59, *supra*.

[75]  Polly Traore, *Safemoon smart contract audit report*, HASHEX (May 22, 2021),  https://blog.hashex.org/safemoon-smart-contract-audit-report-8e4b843a375d.

1   given smart contracts."[76]  The HashEx report ultimately found the Company's smart

2   contracts had two "critical" and three "high" severity security issues/vulnerabilities

3   with the SAFEMOON Token that could be exploited for fraudulent purposes.  The

4   HashEx report defines an issue as critical "if it may cause unlimited losses or breaks

5   the workflow of the contract and could be easily triggered."  High severity issues are

6   defined as those that "may lead to limited losses or break interaction with users or

7   other contracts under very specific conditions."  One of the critical severity issues

8   that the HashEx report identified was related to SafeMoon's "Ownable contract."

9   Notably, as part of the analysis of this critical severity vulnerability, the HashEx

10  report disclosed that the SAFEMOON Token contract was merely a modified

11  version of another, publicly available Ownable contract from OpenZepplin.[77]

12      104.   Shortly after the HashEx report was released, Arriaga began working

13  on the Company's behalf.  While he officially joined the Company as its Global

14  Head of Products in July 2021, Arriaga had been operating as an undisclosed

15  promotor of the SAFEMOON Tokens prior to taking on this titled position.  Arriaga,

16  using "The Fud Hound" as a pseudonym,[78] worked as the *de facto* public

17  relations/damage control officer for the Company since at least May 24, 2021.[79]

18      105.   Arriaga's primary job was to attack and discredit anyone publicly

19  spreading fear, uncertainty, or doubt (aka "FUD") about the Company or the

20  SAFEMOON Tokens.

21

22

---

23  [76]     *Id*.

    [77]     *Id*.

24  [78]     Upon   information   and   belief,   Arriaga   also   used   the   username

25  "u/Influencer_CEO_Techy" as another alias to anonymously promote and hype the

26  SAFEMOON Tokens to users on the social media platform, Reddit.

27  [79]     The Safemoon Hound (@TheFudHound), Twitter (May 24, 2021),
    https://twitter.com/TheFudHound/status/1396917364642385920?cxt=HHwWgMC

28  swaS87OImAAAA: "Thank you 🙏."

106.   On May 24, 2021, Arriaga created "The FUD Hound" YouTube page and uploaded an approximately 30-minute video titled "Safemoon Reedemed! [sic]"[80]  The video's description also provided the following statement from Arriaga:

> Safemoon FUD is the newest desperation tactic that some YouTubers and opportunists are taking advantage of.  Many people who scream "Ponzi Scheme" or "Scam" before doing their own research are those that can easily be discredited for their lazy and half-baked analysis.  In this video is an example of such.
>
> Remember, there are YouTube opportunists everywhere, most will ride a trend or movement to which they know nothing about in order to get views and hopefully pick up some naïve subscribers along the way. They care not about the damage and destruction they cause for they are only in the game for themselves.
>
> I expose these people for who they are.  Enjoy.

107.   In the Safemoon Reedemed! Video, there are clips of videos from other YouTube channels warning young and naïve investors to stay away from projects like SafeMoon because it could be a scam and/or displays "Ponzi scheme" characteristics.  Arriaga cynically accuses these other video creators of manipulating the emotions of investors and then proceeds to undermine those warnings in an effort to maintain positive sentiment towards the Company and the SAFEMOON Tokens.

108.   The following day, the @TheFudHound Twitter account was created. Arriaga uploaded his first video and immediately began threatening so-called FUDsters.

109.   For example, in one of his later tweets on May 25, 2021, Arriaga stated that he had the "Next #SAFEMOON FUDster in the crosshairs. #SAFEMOONARMY will love Expose #2.  The hound is on the scent, next video

---

[80]   The FUD Hound, *Safemoon Reedemed!*, YouTube (May 24, 2021), https://www.youtube.com/watch?v=ARuxp8Va0bw.

1   will be even better."   Arriaga announced that "Project #StoptheFUD started

2   yesterday" and threatened potential naysayers: "We are #SafeMoonCommunity

3   think before you post misinfo because I won't hold back."

4       110.   On May 31, 2021, the Company posted a short video to its social media

5   accounts generally promoting the SafeMoon "TOKENOMICS" with images

6   indicating that investors would be happy to receive the SafeMoon Reflections.[81]

7       111.   In another post that day, the Company continued its efforts to promote

8   SafeMoon's "tokenomics" to investors, announcing that "Another exchange has

9   enabled #SAFEMOON tokenomics."[82]

10       112.   On June 1, 2021, the Company attempted to reassure SAFEMOON

11   Token investors, after four consecutive days of decreasing trading volume and

12   downward selling pressure had caused the price of the SAFEMOON Tokens to drop.

13   In a play on investors' emotions and feelings of goodwill, the Company published a

14   post on Twitter that stated, "No rug pulls here," above a picture of several puppies

15   with photoshopped SafeMoon badges.[83]

16       113.   On June 2, 2021, Arriaga published a video titled, "Hashex Safemoon

17   Audit DEBUNKED," in response to the criticisms leveled in the Hashex report.[84]  In

18   the caption to this video, Arriaga stated:

19           Hashex audit on Safemoon exposed in this expose.  Is a SafeMoon

20           Blockchain a possibility?  I analyze a little of who Hashex is as well as

21

22   [81]   @SafeMoon 2.0 🚀, Twitter (May 31, 2021), https://t.co/RXFOFdpZ2C:

23   "TOKENOMICS 🚀🌕 #SAFEMOON."

24   [82]   @SafeMoon 2.0 🚀, Twitter (May 312, 2021), https://t.co/NNKuwT3irY:

25   "ANOTHER EXCHANGE HAS ENABLED #SAFEMOON TOKENOMICS. @bitbns."

26   [83]   @SafeMoon 2.0 🚀, Twitter (June 1, 2021), https://t.co/r4ZpbmEoME: "🐶

27   #SAFEMOON SECURITY REPORTING FOR DUTY! 🚀🌕."

28   [84]   Arriaga, *Hashex Safemoon Audit DEBUNKED!*, YouTube (June 2, 2021), https://www.youtube.com/watch?v=rB1m7NiaekA.

1   their independent critical audit finds that were publicized and used to

2   discredit SafeMoon.   However, there are some holes in this logic as

3   well as "who" Hashex is.  ***While uncovering holes in the Hashex audit,***

4   ***I take you down the rabbit hole and reveal how SafeMoon has***

5   ***positioned itself to keep hold of its cards should they decide that a***

6   ***SafeMoon Blockchain is something to pursue.   SafeMoon is***

7   ***encountering FUD from all directions.   This may be due to the***

8   ***immense threat SafeMoon poses to those already in power positions***

9   ***in the Blockchain space***.

10  [Emphasis added.]

11      114.   In the video itself, Arriaga downplayed the findings of the Hashex

12  report, calling it, among other things, a "cheap shot" and dismissing the audit's

13  finding that there was a critical issue in the code for the SAFEMOON Token that

14  could result in the liquidity pool being drained.

15      115.   Arriaga also stated that the Company had purposefully not "locked" the

16  liquidity pool so that the Company would have the flexibility to deploy the capital

17  within the liquidity pool to fund "innovative" projects instead of it being unavailable

18  because it was locked up elsewhere.[85]

19      116.   The promotional efforts of the Company and Arriaga were successful

20  insomuch as trading volume rose approximately 40%, from $17.8 million on June 1,

21  2021, to $29.6 million on June 2, 2021.

22

23

24

25  _____

26  [85]   This statement by Arriaga demonstrates that the Company's earlier social
    media posts about having two liquidity pools locked until 2025 were misleading and

27  simply meant to trick investors who were worried about the ability of insiders like
    the Executive and Promoter Defendants to run off with their money into believing

28  that their investments in SAFEMOON Tokens were safe.

117.   On June 3, 2021, the Company again promoted the "tokenomics" of the SAFEMOON Tokens and promised investors that "Holding is Rewarding."[86] Another Twitter post from the Company that same day indicated that investors needed to "HODL" since "WE'RE ALL IN THIS TOGETHER! #SAFEMOON."[87]

118.   The next day, the Company's Twitter account resumed its efforts to reassure investors and stabilize the trading volume of SAFEMOON Tokens.  In particular, the Company posted an animated video of a SafeMoon "FUD Monster" being revealed to be a rat that runs away when exposed.  The caption for this post states: "FUD MONSTER IN REALITY . . . #SAFEMOON #FAMILYNOTFUD."[88]

119.   On June 5, 2021, Witriol was interviewed on a question-and-answer video that was uploaded to YouTube.  During the interview, Witriol is identified as the "go to" person with the Company who knows "what's going on" with SafeMoon.[89]  Witriol also touted the "tokenomics" of the SAFEMOON Tokens and that there is "a lot to look forward to" with the Company.  He assured investors that there was a "low chance of a rug pull" because Karony would "lose his credentials" with the Department of Defense.[90]

120.  On June 6, 2021, the Company thanked SafeMoon investors and boasted that SafeMoon was poised to increase significantly in price: "Above all other

---

[86]     @SafeMoon 2.0 🚀, Twitter (June 3, 2021), https://t.co/6cvThDmJ2Y: "HOLDING IS REWARDING 🚀 🌕 #SAFEMOON."

[87]     @SafeMoon 2.0 🚀, Twitter (June 3, 2021), https://t.co/U1nYcRokGu: "WE'RE ALL IN THIS TOGETHER! #SAFEMOON."

[88]     @SafeMoon 2.0 🚀, Twitter (June 4, 2021), https://t.co/T9GHP81D87: "FUD MONSTER IN REALITY. . . 🐭 #SAFEMOON #FAMILYNOTFUD https://t.co/T9GHP81D87."

[89]     *See* fn.4, *supra*.

[90]     *Id.*

projects and tokens, SafeMoon has proved one thing . . . cryptocurrency may be young but very much on route to the moon."[91]

121.   On June 7, 2021, Karony announced that the Company had "identified glaring security gaps with a lot of wallet providers" and was in the process of "integrating game changing encryption into the wallet." Karony then unambiguously declared that, "The SafeMoon wallet will be one of / if not the strongest wallets on the market.  #SAFEMOON is the #Evolution!"[92]

122.   Karony went on to state that, "[w]e have come to the conclusion that it's just better to do things yourself," indicating to investors that SafeMoon decided to create its own wallet due to the vulnerabilities in existing cryptocurrency wallets.[93] Karony also alluded to the "crypto world" being "ironically archaic, and toxic," and hinting that "someone" was copying SafeMoon while simultaneously trying to "cyber bully and attack" Defendants.

123.   That same day, June 7th, Arriaga released another so-called exposé video that attacks another YouTuber for warning investors that the SAFEMOON

---

[91]   @SafeMoon 2.0       , Twitter (June 6, 2021), https://twitter.com/safemoon/status/1401617178638622724?s=20&t=4i0FP5_ox1 QpuQ-AX5Otzw: "To all our loyal HOLDERS!  Thank you . . . you have been there on our ups and our downs, #SAFEMOON is a community. . . a family.  Above all other projects and tokens safemoon has proved one thing. . . cryptocurrency maybe young but very much on route to the moon       ."

[92]   Karony (@CptHodl), Twitter (June 7, 2021), https://twitter.com/CptHodl /status/1401904812409696257?s=20&t=0JHKaogN0eltPoTdU6K_6g:  "We also identified glaring security gaps with a lot of wallet providers.  We are integrating game changing encryption into the wallet.  The SafeMoon wallet will be one of / if not the strongest wallets on the market.  #SAFEMOON is the #Evolution!"

[93]   Karony (@CptHodl), Twitter (June 7, 2021), https://twitter.com/CptHodl/status/1401909541105774598: "We have come to the conclusion that it's just better to do things yourself.  The crypto world is ironically archaic, and toxic.  Someone copies what you did, then repeatedly tries to cyber bully and attack you.  Stop.  When one wins we all win.  Other tokens are not the enemy."

1 │ Tokens were a "$500 million dollar scam" and generally "shilling FUD about well-

2 │ meaning companies" like SafeMoon.[94]

3 │     124.   These various efforts by Arriaga at damage control allowed Defendants

4 │ to increase and/or stabilize the trading volume for a short period of time.

5 │     125.   On June 11, 2021, Karony announced that he was "[h]appy to say [the

6 │ SafeMoon team is] smashing out our internal deadlines."  Karony then hinted at

7 │ imminent release dates for promised features for "the Wallet, exchange and more

8 │ importantly Operation Pheonix."

9 │     126.   In another public post from the same day, the Company's official

10 │ Twitter account bragged, "WE SAID WE'D BRING YOU A SHOW! THE

11 │ #SAFEMOONWALLET IS JUST THE BEGINNING . . . ."[95]

12 │     127.   On June 13, 2021, Karony, in an apparent effort to have investors

13 │ associate SAFEMOON with the popular cryptocurrency Dogecoin and its unofficial

14 │ ambassador, Elon Musk, cited to the Company's Chief Blockchain Officer, Thomas

15 │ Smith, and his being "involved with the Doge Coin x SpaceX partnership."[96]

16 │     128.   That same day, Arriaga released a purported exposé video titled,

17 │ "Crypto Genesis spreads FUD about SafeMoon – DEBUNKED," wherein he again

18 │

19 │

20 │ [94]    Arriaga, *Safemoon redeemed a 3rd time*, YouTube (June 7, 2021),

21 │ https://www.youtube.com/watch?v=G8QJm6_aKgw.

22 │ [95]    @SafeMoon 2.0 🚀, Twitter (June 7, 2021),

23 │ https://twitter.com/safemoon/status/1403431640777510916?s=20&t=HSZFEiryLj
   │ Hn9PrjFQP1xw: "WE SAID WE'D BRING YOU A SHOW!  THE

24 │ #SAFEMOONWALLET IS JUST THE BEGINNING. . . 🚀 🌕."

25 │ [96]    Karony (@CptHodl), Twitter (June 13, 2021),

26 │ https://twitter.com/CptHodl/status/1404104687566086149?cxt=HHwWioCzncXxs
   │ PwmAAAA: "We have no issues with Doge Coin.  Fun fact, the SafeMoon Chief

27 │ Blockchain Officer was involved with the Doge Coin x SpaceX partnership.  So yes,
   │ you will be able to hold Doge on #SAFEMOONWALLET.  That's where I'll be

28 │ holding mine.  #SAFEMOON is the #Evolution!"

CLASS ACTION COMPLAINT

1 | dismissed criticisms about SafeMoon as invalid "FUD" and threatened to expose
2 | anyone speaking negatively about the Company.[97]

3 | 129.   On June 21, 2021, Arriaga released his sixth and final video on *the FUD*
4 | *Hound YouTube* channel, which was titled, "Matt Wallace bashes Safemoon and
5 | then gets destroyed!" with a laughing face emoji.[98]  In the caption to the video,
6 | Arriaga claims that SafeMoon critic Matt Wallace's research was "lazy and
7 | misleading."   Then, in an apparent attempt to persuade investors into ignoring
8 | Wallace's warnings about the SAFEMOON Tokens, Arriaga attempted to whip up
9 | a mob mentality within the SafeMoon community, by encouraging them to "witness
10 | [Wallace] getting owned on a live-stream as he comes unprepared with zero facts"
11 | and to "[w]atch this epic display of failure as this FUDster gets exposed."[99]

12 | 130.   In July 2021, Arriaga "officially" joined the Company as its Global
13 | Head of Products.

14 | 131.   On July 14, 2021, Witriol participated in an "Ask Me Anything"
15 | interview ("AMA") wherein he made numerous statements on behalf of the
16 | Company.[100]  For example, in response to a question from a SAFEMOON Token
17 | investor about the Company's prospects, Witriol stated that he was "more excited
18 | now than when I joined the team" and that investors were "gonna like what you
19 | hear" in the near future.[101]

---

[97]    Arriaga, *Crypto Genesis spreads FUD about Safemoon – DEBUNKED*, YouTube (June 13, 2021), https://www.youtube.com/watch?v=zSbbt_JralU.

[98]    Arriaga, *Matt Wallace bashes Safemoon and then gets destroyed!* 😆, YouTube (June 21, 2021), https://www.youtube.com/watch?v=z0qVSbwSnEc.

[99]    *Id.*

[100]    *SAFEMOON SHAUN WITRIOL TWITTER SPACES AMA (FULL) 7/14/21*, YouTube (July 15, 2021), https://www.youtube.com/watch?v=ow0M9bh1mNE.

[101]    *Id.*

132.   Witriol went on to declare that he was "[m]ore bullish now than I was two weeks ago before I joined the team."[102]  This statement is at odds with Witriol's earlier comments that he was with the Company since "day one or day two" when he met with Karony.[103]   Upon information and belief, Witriol knew that his statements about the Company's prospects and him only joining the Company "two weeks ago" were false when he made them.  In particular, Witriol appears to have made the latter statement in an effort to distance himself from the Company and the other Executive Defendants.

133.   Within a month of Witriol's AMA interview and in the final weeks before the promised launch of the SafeMoon wallet (*i.e.*, August 2021), Witriol left the Company.

134.   Around the same time, the price of SAFEMOON Tokens was dropping precipitously due to immense downward selling pressure for large holders. "SafeMoon has witnessed whales dumping in large proportions from June to July 2021."[104]   As reported in the *International Business Times* article, "*Mysterious SafeMoon Investor Dumps 2.4 Trillion Coins, Value Falls 28% in the Day's Trade*," the value of the SAFEMOON Tokens dropped 28% on July 31, 2021 in "the largest sell-off for July 2021," caused by a "domino effect of panic selling."  In response to this, Phillips took to Twitter on August 2, 2021, to talk tough to the unknown whale who sold the 2.4 Trillion SAFEMOON Tokens stating, "F***ING IRRESPONSIBLE WHALE. . . I HOPE YOU GET HIT BY A BUS."[105]   Neither

---

[102]   *Id.*

[103]   *See* fn. 87, *supra*.

[104]   Vinod DSouza, *Crypto Influencer Ben Phillips Wishes Death to SafeMoon Whale: 'I Hope you Get Hit by a Bus,'*, INTERNATIONAL BUSINESS TIMES (Aug. 2, 2021),           https://www.ibtimes.sg/crypto-influencer-ben-phillips-wishes-death-safemoon-whale-i-hope-you-get-hit-by-bus-59293.

[105]   *See* Vinod DSouza, *Mysterious SafeMoon Investor Dumps 2.4 Trillion Coins, Value Falls 28% in the Day's Trade*,' INTERNATIONAL BUSINESS TIMES (July 31,

1   the Company, nor the Executive Defendants denounced Phillips' statement or even
2   commented on it at all.

3       135.  The price and trading volume for the SAFEMOON Tokens began to
4   stabilize after the Company and the Executive Defendants began promoting the
5   scheduled SafeMoon wallet launch more aggressively in the lead up.

6       136.  On August 14, 2021, the Company's Twitter account posted a minute-
7   long video advertisement for the SafeMoon wallet.[106]  The video told investors that:

8       •   "It's time to get serious about the SAFEMOON wallet"
9       •   "We take intuitive design, and strive for perfection"
10      •   "The future of trading is here"
11      •   "Ease of use built for all"
12      •   "Full Launch 28th of August"
13      •   "Available on Android and iOS"

14      137.  Following the release of this commercial, ***trading volume for***
15  ***SAFEMOON Tokens almost quadrupled*** from $11.4 million on August 14, 2021
16  to $43.7 million on August 16, 2021.

17      138.  On August 20, 2021, Way touted the financial benefits of investing in
18  SafeMoon (and SafeMoon-related services like the SAFEMOON Tokens?) to his
19  Twitter followers, stating, among other things, that he was "getting paid out in
20  @SafeMoon constantly. . . ."[107]

21
22

23  ───────────────
24  2021),   https://www.ibtimes.sg/mysterious-safemoon-investor-dumps-2-4-trillion-
coins-value-falls-28-days-trade-59232.

25  [106]   @SafeMoon 2.0 🚀, Twitter (Aug. 14, 2021), https://t.co/atarzOUuX7:
26  "THANK YOU FOR ALL THE SUPPORT ON THE JOURNEY TO THE
#SAFEMOONWALLET LAUNCH 🚀🌕 COMING SOON AUGUST 28TH."

27  [107]   Way (@souljaboy), Twitter (Aug. 20, 2022), https://twitter.com/souljaboy/
28  status/1428847986759462917?lang=en.

139.   The trading volume for SAFEMOON Tokens increased following Way's promotion, going from $14.6 million on August 19, 2021, to $20.8 million on August 20, 2021 (a 42% increase).[108]

140.   On August 19th and 24th of 2021, Karony stated, on his personal Twitter account, that he was "Looking forward to #SAFEMOONWALLET launch on August 28th!"[109]

141.   The trading volume rose in the days leading up to the launch of the SafeMoon wallet from $13.5 million on both August 19th and 24th up to $54.6 million on August 28th – an increase of over 300%.

142.   On August 28, 2021, the Company repeatedly announced on its social media platforms that the launch of the SafeMoon wallet was scheduled for that day at 4PM EST.  But when the moment for the launch arrived, the Company did not release the SafeMoon wallet as previously promised.

143.   The Company released the following statement concerning the failed release of the SafeMoon wallet:

Wallet Update

SAFEMOONARMY – Thank you for bearing with us!

We've experience unforeseen technical issues on launching all 3 products at the same time (website buy & swap, android wallet & IOS wallet).

We're working around the clock to fix the issues and to ensure we give you the quality experience you deserve.  So we can manage demand,

---

[108]   *See* fn. 59, *supra*.

[109]   Karony (@CptHodl), Twitter (Aug. 24, 2021), https://t.co/m9CrVLGy9L: "1 million followers in under 6 months.  This is a huge achievement.  Looking forward to the #SAFEMOONWALLET launch on August 28th.  Let's evolve together! #SAFEMOON #SAFEMOONARMY"; *id.*: "Meetup at the billboard?  Looking forward to #SAFEMOONWALLET launch on August 28th! #SAFEMOON is the #Evolution!"

will be releasing each product in a staggered approach (one by one) –
starting with the website buy & swap function – today.

We apologise for the delay.  We hear all of you.  We can't wait to bring
you all home.[110]

144.   After two days without the promised release of the wallet function, the
Company disseminated a second announcement on August 30, 2021, regarding the
delay:

Wallet Update

What's the hold-up? #SAFEMOON

Here's a #SAFEMOONWALLET update from CEO John Karony.

Hype and FUD to one side, here is more detail on what happened over
the last 48 hours:

As you know, we worked extensively towards the wallet launch on the
28th of August.  However, the technical issues experienced at 4:00PM
(BST) created unforeseen side effects that the product development
teams have been unable to resolve yet (for re-approval from Apple &
Google).  No reasons for an unsuccessful launch were bought [sic] to
my attention prior to 4PM, and for that I apologise as I promised you,
our community a product worth waiting for.  It's still coming, we just
have to wait a bit longer.  If I had been made aware of the issues now
known, the launch would not have gone ahead.

Our aim is to deliver the safest wallet on the planet – we won't launch
any product unless it's the best it could possibly be, for you.

We have all been working around the clock to address the technical
issues and have come to the conclusion that *we need to delay the wallet
launch.  I have been reassured by SAFEMOON's Global Head of*

---

[110]    @SafeMoon 2.0  🚀, Twitter (Aug. 28, 2021), https://twitter.com/
safemoon/status/1431737961796747267?s=20&t=asnTTweZ9AovC9VEdUFRwQ

*Product [i.e. Defendant Arriaga] that this will be fixed swiftly and efficiently,* and we have the utmost confidence it will.

*All SAFEMOON staff are on hand to support the Global Head of Product and make sure he has endless resources to deliver the wallet*.

The wallet launch is my utmost priority and I am committed to get you an update as soon as I can.  We are all disappointed.  But our focus remains on ensuring you get the wallet you deserve.

Thank you for your continued support and patience.  The wallet is coming and it will be worth the wait.

We are family, we are SAFEMOON.[111]

[Emphasis added.]

145.   The price of the SAFEMOON Token, and its trading volume, plummeted in the wake of the failed launch of the wallet.  The price went from a high of $0.00000355 to a low of $0.0000014 (a 60.5% decrease).  The Company and the Executive Defendants nevertheless continued to dangle the prospect of the wallet out to investors in order to continue to unload more of their portion of the Float.

146.   On September 6, 2021, the Company's Twitter account reposted a tweet from Arriaga, telling investors that "#SAFEMOONWALLET is imminent!"  In the caption to this re-tweet, the Company credited this statement from Arriaga as being from the "Dev himself"[112] (*i.e.*, the developer of the SafeMoon wallet).

147.   The trading volume of SAFEMOON Tokens once again spiked as a result of the announcements by the Company itself and Arriaga, going from $12.5 million on September 5, 2021 (the day before the promotions about the SafeMoon

---

[111]   @SafeMoon 2.0 🚀, Twitter (Aug. 30, 2021), https://t.co/0GGN7mFQIS: "UPDATE ON THE #SAFEMOONWALLET 🚀🌕 #SAFEMOON."

[112]   @SafeMoon 2.0 🚀, Twitter (Sept. 6, 2021), https://twitter.com/safemoon/status/1434855369394860033?s=20&t=CTlBkiT2WMEr75TWa-S91A: "From the Dev himself the #SAFEMOONWALLET is IMMINENT 🚀🌕."

1    wallet) up to $38 million on September 10, 2021 – *a 200% increase in trading*
2    *volume*.

3    148.   On September 9, 2021, the Company's Chief Technology Officer,
4    Hank Wyatt, announced his resignation on Twitter.[113]   Following his departure,
5    Wyatt was interviewed about why the SafeMoon wallet failed to launch and the
6    reasons for his departure.[114]   According to Wyatt, the development team for the
7    SafeMoon wallet were hired by the "business leads not the developmental leads."

8    149.   Wyatt also explained how he found out about the SafeMoon project on
9    the social media platform Discord in the early days of the Company's formation.
10   Wyatt disclosed that two "old Safemoon moderators" that Wyatt "knew" –
11   apparently displeased with his departure from SafeMoon and, as a result, "set him
12   up" with "targeted questions" – had secretly recorded two conversations "without
13   [his] permission."[115]   Apparently feeling threatened with a forced exposure, Wyatt
14   admits to having invested $9,000 to join in the Company "in the beginning."   He
15   learned about it on Discord and "went with it."

16   150.   In the recording, Wyatt apparently also makes a comment about how
17   he was displeased with SafeMoon because he "didn't get a raise" and "didn't want
18   to work weekends."   After admitting this during the interview, Wyatt later expresses

19   _____

20   [113]    Wyatt    (@Hankusun),    Twitter    (Sept.    9,    2021),
21   https://twitter.com/Hankusun/status/1436043090754744331?ref_src=twsrc%5Etfw
     %7Ctwcamp%5Etweetembed%7Ctwterm%5E1436043090754744331%7Ctwgr%5
22   E%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Fcryptoslate.com%2Fsafemoon-
     cto-resigns-fueling-rumors-of-disquiet-within-the-company%2F:   "Leaving   my
23   position on Safemoon was definitely a difficult decision, the hardest I've ever had
24   to make.   However, I'm excited for the future and can't wait for the next chapter of
     my life to begin!"

25   [114]    *HANK TALKS FUTURE OF SAFEMOON!   WHY HE QUIT, PIGGYBANK,*
26   *WALLET LAUNCH FAILURE, DDOS ATTACKS!*, COINMARKETBAG (Sept. 30,
27   2021),    https://coinmarketbag.com/hank-talks-future-of-safemoon-why-he-quit-
     piggybank-wallet-launch-failure-ddos-attacks/.

28   [115]    *Id.*

1  frustration at the amount of work that he was supposed to do at the Company and,

2  in particular, with respect to the SafeMoon wallet.  In response to a question on

3  whether he left because it was too much work for him, Wyatt stated that he had been

4  "dedicating all of his time at SafeMoon and didn't want to do it anymore.  I had done

5  it for six months.  That was enough for [him]."  Later in the interview, Wyatt said

6  that he "felt undervalued" by the Company.[116]

7       151.  Wyatt disclosed that, while he was paid a salary from the Company, he

8  was not given any severance upon his departure.  He also claims to have relinquished

9  all of his intellectual property right to the work he did while at the Company.

10      152.  Wyatt admitted that he sold a "decent amount" of his SAFEMOON

11  Tokens "120 something days ago."  He further disclosed that he did not gain his

12  SAFEMOON Token holdings from working at the Company, but rather that he

13  acquired them through his own money and being "gifted some Safemoon from

14  friends."  With the interview taking place on or about September 30, 2021, this

15  would place Wyatt's SAFEMOON Tokens sales around late May/early June of

16  2021.  As the following chart show,[117] this would be around the same time that the

17  price of SAFEMON Tokens was rebounding briefly before plunging down further:

18
19
20
21
22
23      
24
25
26

27  [116]  *Id.*

28  [117]  https://coinmarketcap.com/currencies/safemoon/ (last visited Feb. 16, 2022).

1        153.   Upon information and belief, Wyatt knew or should have known that

2 the SafeMoon wallet launch would not be occurring within the timeframe the

3 Company announced and because of this, sold his SAFEMOON Tokens to

4 unsuspecting investors before the further delays for the wallet launch were

5 uncovered and the price of the SAFEMOON Tokens took a corresponding hit.

6        154.   The day after Wyatt announced his resignation, on September 10, 2021,

7 the Company released the following announcement[118] that Haines-Davies was also

8 stepping down from his position as COO and would be leaving SafeMoon:



9:13 AM · Sep 10, 2021 · Twitter Web App

**1,566** Retweets  **125** Quote Tweets  **8,334** Likes

---

[118]   Karony (@CptHodl), Twitter (Sept. 10, 2021), https://t.co/7Cz562GkgC:
"We wish you well."

155.   The cryptocurrency news blogs speculated that, because the Company did not give any details as to the circumstances behind Defendant Haines-Davies' departure and given the time of his resignation, the reason Haines-Davies left the Company was due to its failure to deliver the SafeMoon wallet on the promised schedule.[119]  Haines-Davies' Twitter profile timeline appears to confirm this.  On August 30, 2021, Haines-Davies reposted the Company's wallet update message regarding the "hold up" with delivering the wallet when promised.  Haines-Davies' next post was his September 10, 2021 announcement that he was leaving the Company.[120]   In that post, Haines-Davies stressed that he needed to "remove" himself from "toxic environments."

156.  An article in the International Business Times titled *SafeMoon Developers Flee at Slightest Sign of Trouble, Top Honchos Resign over Wallet Fiasco* questions Defendant Haines for "flee[ing] at the slightest trouble instead of working towards correcting the missteps of SafeMoon" and whether he "was unable to handle work pressure for just six months as the COO of SafeMoon. . . ."[121]  The article further observed:

> When a company fails to deliver on a product and announces "technical issues" hours before the release while marketing the same product on billboards for weeks using investors money; the top heads are most likely asked to resign and the same has happened with SafeMoon.

---

[119]    *Jack Haines, COO and Co-founder of SafeMoon Dumped the Project*, NaijaBlog (Sept. 10, 2021), https://naijablog.ng/2021/09/10/jack-haines-coo-and-co-founder-of-safemoon-dumped-the-project/.

[120]    Haines-Davies (@jackhainesuk), Twitter (Sept. 10, 2021): "Dear #SAFEMOON https://t.co/eU64JoF9cI" / Twitter.

[121]    Vinod Dsouza, *SafeMoon Developers Flee at Slightest Sign of Trouble, Top Honchos Resign over Wallet Fiasco*, INTERNATIONAL BUSINESS TIMES (Nov. 8, 2021),     https://www.ibtimes.sg/safemoon-developers-flee-slightest-sign-trouble-top-honchos-resign-over-wallet-fiasco-60161.

1   Along with Haines, Wyatt, a software engineer of the company, also
2   resigned the same day.[122]

3   157.   The price of the SAFEMOON Tokens dropped after this
4   announcement, going from a close of $0.000000153 on September 9, 2021 to the
5   low for the day of $0.00000119 on September 10, 2021.

6   158.   In the wake of Haines-Davies' departure, other executives at the
7   Company left under similar circumstances.

8   159.   For example, on November 5, 2021, the Company's Chief Blockchain
9   Officer, Thomas Smith, issued a statement on his personal Twitter account: "Bullish
10  on the team, I love working @safemoon."[123]   Karony publicly replied to this message
11  with a GIF image signifying agreement and the power of brotherhood.[124]   Just under
12  three weeks later, Karony announced that Smith was leaving the Company.[125]

13  160.   On November 22, 2021, the Company's official Twitter account
14  promoted the We're All Gonna Make It coin" ("WAGMI") – a highly speculative
15  digital asset (similar to Dogecoin) that was trending at the time.[126]

16  161.   Way again promoted SafeMoon's activities, warning investors:
17  "Safemoon just tweeted about WAGMI.  Don't miss the rocket."[127]

18

19  [122]   *Id.*

20  [123]   Thomas (@papacthulu), Twitter (Nov. 5, 2021), https://twitter.com/
21  papacthulu/status/1456818387322036230?s=20&t=G-394qt2e5FNZ9F6fecquw:
    "Bullish on the team, I love working at @safemoon."

22  [124]   Karony (@CptHodl), Twitter (Nov. 5, 2021), https://t.co/96OYsVD1TJ.

23  [125]   Karony   (@CptHodl),   Twitter   (Nov.   23,   2021),
24  https://twitter.com/CptHodl/status/1463150393160990725?s=20&t=trjCS8pVW1C
    -M1f6iksEqw.

25  [126]   @SafeMoon   2.0   🚀,   Twitter   (Nov.   22,   2021),
26  https://twitter.com/safemoon/status/1461460219251380229?s=20&t=mwc81B1H_
27  z3uloVjS68mcw: "WAGMI."

28  [127]   Way (@souljaboy), Twitter (Nov. 22, 2021), https://twitter.com/souljaboy/
    status/1462956016388083713?lang=en.

CLASS ACTION COMPLAINT

162. In the following weeks, the price and trading volume of the SAFEMOON Tokens continued to fall despite the efforts of Defendants, eventually reaching its low point of December 31, 2021.

**The Dump – SAFEMOON Token Price Plummets**

163. Following the SAFEMOON Token's launch and Defendants' promotional activities beginning in March 2021, the trading volume and price of SafeMoon surged.  By April 20, 2021, SAFEMOON Tokens already had a transaction volume of over $144 million, up approximately 1,747% in just over a month.  That same day, the SAFEMOON Token reached its maximum price of $0.000011, ***which represents a rise of approximately 2,749,900% more than its initial launch price*** of $0.0000000004.

164. However, this astronomical rise was short-lived.  After the SAFEMOON Token price and trading volume spiked following the launch, Defendants began the "slow rug pull" on investors.  This term refers to a situation in the cryptocurrency sector where the developers and insiders of a token deceive investors by encouraging them to purchase the token with promises of future success, while, at the same time, slowly selling off their own holdings as the trading volume from retail investors remains inflated.

165. On December 31, 2021, the price of the SAFEMOON Token hit a low of $0.0000006521 per token, an over 80% drop from its height during the Class Period, which it has not been able to recover.  As of the filing of this Complaint, the trading volume for the SAFEMOON Token has plummeted to around only $60,000.[128]

166. The Promoter Defendants' improper promotional activities generated the trading volume needed for all the Defendants to offload their SAFEMOON Tokens onto unsuspecting investors.  While Plaintiffs and Class members were

---

[128]   *See* fn. 59, *supra*.

1   buying the inappropriately promoted SAFEMOON Tokens, Defendants were able

2   to, and did, sell their SAFEMOON Tokens during the Class Period for substantial

3   profits.

4        167.   The SAFEMOON Token price still has not recovered and trading

5   volume remains down, significantly.  Furthermore, as of the filing of this Action, the

6   SafeMoon exchange still does not exist despite representations that it would be

7   finished by the fourth quarter of 2021.

8   **CLASS ALLEGATIONS**

9        168.   Plaintiffs bring this action, individually, and on behalf of a nationwide

10  class, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and/or 23(b)(3),

11  defined as follows:

12       All persons who, during the Class Period, purchased SafeMoon's

13       SAFEMOON Tokens and were subsequently damaged thereby.

14       169.   The Class Period is defined as the period between March 8, 2021 and

15  the date of this filing.[129]

16       170.   Excluded from the Class are: (a) Defendants; (b) Defendants' affiliates,

17  agents, employees, officers and directors; (c) Plaintiffs' counsel and Defendants'

18  counsel; and (d) the judge assigned to this matter, the judge's staff, and any member

19  of the judge's immediate family.  Plaintiffs reserve the right to modify, change, or

20  expand the various class definitions set forth above, based on discovery and further

21  investigation.

22       171.   **Numerosity**: Upon information and belief, the Class is so numerous

23  that joinder of all members is impracticable.  While the exact number and identity

24  of individual members of the Class is currently unknown, such information being in

25  the sole possession of SafeMoon and/or third parties and obtainable by Plaintiffs

26  only through the discovery process, Plaintiffs believe, and on that basis allege, that

27

28

---

[129]   Plaintiffs reserve the right to expand or amend the Class Period based on
discovery produced in this matter.

the Class consists of at least hundreds of people.  The number of Class members can be determined based on SafeMoon's and other third party's records.

172. **Commonality**: Common questions of law and fact exist as to all members of the Class.  These questions predominate over questions affecting individual Class members.  These common legal and factual questions include, but are not limited to:

a. whether Defendants improperly and misleadingly marketed SAFEMOON Tokens;

b. whether Defendants' conduct violates the state consumer protection statutes asserted herein;

c. whether Promoter Defendants aided and abetted violations of the state consumer protection statutes asserted herein;

d. whether Executive Defendants conspired to artificially inflate the price of the SAFEMOON Tokens and then sell their SAFEMOON Tokens to unsuspecting investors;

e. whether Defendants have been unjustly and wrongfully enriched as a result of their conduct;

f. whether the proceeds that Defendants obtained as a result of the sale of SAFEMOON Tokens, rightfully belongs to Plaintiffs and Class members;

g. whether Defendants should be required to return money they received as a result of the sale of SAFEMOON Tokens to Plaintiffs and Class members;

h. whether Executive Defendants breached the implied covenant of good faith and fair dealing; and

i. whether Plaintiffs and Class members have suffered damages, and, if so, the nature and extent of those damages.

173.  **Typicality**: Plaintiffs have the same interest in this matter as all Class members, and Plaintiffs' claims arise out of the same set of facts and conduct as the claims of all Class members.  Plaintiffs' and Class members' claims all arise out of SafeMoon's uniform misrepresentations, omissions, and unlawful, unfair, and deceptive acts and practices related to the sale of SAFEMOON Tokens.

174.  **Adequacy**: Plaintiffs have no interest that conflicts with the interests of the Class and are committed to pursuing this action vigorously.  Plaintiffs have retained counsel competent and experienced in complex consumer class action litigation.  Accordingly, Plaintiffs and their counsel will fairly and adequately protect the interests of the Class.

175.  **Superiority**: A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiffs and members of the Class. The injury suffered by each individual Class member is relatively small compared to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by the Company's conduct.  It would be virtually impossible for individual Class members to effectively redress the wrongs done to them.  Even if Class members could afford individualized litigation, the court system could not. Individualized litigation would increase delay and expense to all parties, and to the court system, because of the complex legal and factual issues of this case. Individualized rulings and judgments could result in inconsistent relief for similarly situated individuals.   By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

176.  Defendants have acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief and corresponding declaratory relief with respect to the Class as a whole.

## CALIFORNIA LAW APPLIES TO THE ENTIRE CLASS

177. California's substantive laws apply to every member of the Class, regardless of where in the United States the Class members reside.

178. California's substantive laws may be constitutionally applied to the claims of Plaintiffs and the Class under the Due Process Clause, 14th Amend. §1, and the Full Faith and Credit Clause, Art. IV §1, of the U.S. Constitution. California has significant contact, or significant aggregation of contacts, to the claims asserted by Plaintiffs and all Class members, thereby creating state interests that ensure that the choice of California state law is not arbitrary or unfair.

179. Two of the Executive Defendants (Witriol and Arriaga) primarily reside in and operate out of California. In particular, upon information and belief, all of the promotional activities of Witriol and Arriaga on behalf of SafeMoon described above originated in, and were disseminated from, California. Additionally, Arriaga developed the Company's wallet – which, as discussed in further detail above, was the subject of numerous misleading statements from all of the Executive Defendants – entirely in California. Relatedly, Witriol directly promoted SAFEMOON Tokens specifically to investors in California.

180. On information and belief, the decision-making regarding the parameters of the marketing strategy for the SAFEMOON Tokens occurred in, and/or emanated from California, where Witriol and Arriaga are located. As such, the conduct complained of herein emanated from California. This conduct similarly injured and affected Plaintiffs and all other Class members.

181. Additionally, several of the Promotor Defendants reside in, or operate out of California. In particular, Paul and Way reside in Calabasas and Los Angeles, respectively. Upon information and belief, the misleading statements alleged herein and published on various social media platforms by Paul and Way emanated from California.

182.   The application of California laws to the Class is also appropriate under California's choice of law rules because California has significant contacts to the claims of Plaintiffs and the proposed Class, and California has a greater interest in applying its laws here than any other interested state.

### FIRST CAUSE OF ACTION

**Violation of the California Unfair Competition Law**
**Cal. Bus. & Prof. Code §17200**
**(Against All Defendants)**

183.   Plaintiffs restate and reallege all preceding allegations above as if fully set forth herein.

184.   Plaintiffs Merewhuader and Polite are residents of the State of California.

185.   At all relevant times there was in full force and effect the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §17200, *et seq.*, which prohibits, *inter alia*, "any unlawful, unfair, or fraudulent business act or practice" and "unfair, deceptive, untrue, or misleading advertising."

186.   SafeMoon also engaged in business acts and practices deemed "unfair" under the UCL, because of the conduct, statements, and omissions described above. Unfair acts under the UCL have been interpreted using different tests, including: (1) whether the public policy which is a predicate to a consumer unfair competition action under the unfair prong of the UCL is tethered to specific constitutional, statutory, or regulatory provisions; (2) whether the gravity of the harm to the consumer caused by the challenged business practice outweighs the utility of the defendant's conduct; and (3) whether the consumer injury is substantial, not outweighed by any countervailing benefits to consumers or competition, and is an injury that consumers themselves could not reasonably have avoided.  Defendants' conduct is unfair under each of these tests.

187.   As a direct and proximate result of Defendants' unlawful, unfair, and deceptive practices, Plaintiffs and Class members suffered damages.  The Executive

Defendants' activities with the Promoter Defendants caused Plaintiffs and the Class members to purchase and/or hold the SAFEMOON Tokens when they otherwise would not have done so.

188.   Plaintiffs seek to enjoin further unlawful, unfair, and/or fraudulent acts or practices by SafeMoon, to obtain restitution and disgorgement of all monies generated as a result of such practices, and for all other relief allowed under Cal. Bus. & Prof. Code §17200.

**SECOND CAUSE OF ACTION**

**Violation of the California Consumers Legal Remedies Act**
**Cal. Civil Code §1770**
**(Against All Defendants)**

189.   Plaintiffs restate and reallege all preceding allegations above as if fully set forth herein.

190.   Plaintiffs Merewhuader and Polite are residents of the State of California.

191.   At all relevant times there was in full force and effect Cal. Civil §1770, which prohibits, *inter alia*, various methods of "unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or that results in the sale or lease of goods or services to any consumer," including, but not limited to, "[m]isrepresenting the affiliation, connection, or association with, or certification by, another" and "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have."  Cal. Civil Code §1770(a)(3) & (5).

192.   Defendants engaged in business acts and practices deemed "deceptive" because of the conduct, statements, and omissions described above, including, but not limited to, the following:

(a)   knowingly and intentionally concealing the Executive Defendants' specific roles and ownership interests in SafeMoon;

(b)    knowingly and misleading making statements around the availability and functionality of the SafeMoon wallet when they knew or should have known that the wallet feature would not be ready for the scheduled launch;

(c)    knowingly and misleading making statements regarding the security of the Company's liquidity pools for the SAFEMOON Tokens when they knew or should have known that the liquidity pools were designed in a way that allowed for the possibility of the liquidity pool being drained by Defendants or other bad actors; and

(d)    knowingly and intentionally using and/or failing to disclose the use of the Promotor Defendants to instill trust in uninformed investors to promote the financial benefits of a highly speculative and risky investment in SAFEMOON Tokens, in an effort to manipulate and artificially inflate the price and trading volume of the SAFEMOON tokens and allow Defendants to sell their SAFEMOON Tokens at those inflated prices.

193.   As a direct and proximate result of Defendants' unlawful, unfair, and deceptive practices, Plaintiffs and Class members suffered damages. The Executive Defendants' activities with the Promoter Defendants caused Plaintiffs and the Class members to purchase and/or hold SAFEMOON Tokens when they otherwise would not have done so.

194.   Plaintiffs seek to enjoin further unlawful, unfair, and/or fraudulent acts or practices by Defendants, to obtain restitution and disgorgement of all monies generated as a result of such practices, and for all other relief allowed under Cal. Civil Code §1780.

195.   Plaintiffs additionally seek punitive damages under Cal. Civil Code §1770(a)(4).

1    196.   Plaintiffs have complied with Cal. Civil Code §1780(d), which requires

2 the concurrent filing of an "affidavit stating facts showing that the action has been

3 commenced in a county described in this section as a proper place for the trial of the

4 action."

5                 **THIRD CAUSE OF ACTION**

6                    **Aiding and Abetting**
                  **California Common Law**

7           **(Against Promoter Defendants)**

8    197.   Plaintiffs restate and reallege all preceding allegations above as if fully

9 set forth herein.

10    198.   Plaintiffs Merewhuader and Polite are residents of the State of

11 California.

12    199.   Under California law, aiding and abetting requires not agreement, but

13 simply assistance.  The elements of aiding and abetting liability have cited the

14 elements of the tort, as they are set forth in the RESTATEMENT (SECOND) OF TORTS

15 §876, and have omitted any reference to an independent duty on the part of the aider

16 and abettor.

17    200.   Under California law, "[l]iability may . . . be imposed on one who aids

18 and abets the commission of an intentional tort if the person (a) knows the other's

19 conduct constitutes a breach of duty and gives substantial assistance or

20 encouragement to the other to so act or (b) gives substantial assistance to the other

21 in accomplishing a tortious result and the person's own conduct, separately

22 considered, constitutes a breach of duty to the third person." *Neilson v. Union Bank*

23 *of Cal., N.A.*, 290 F. Supp. 2d 1101, 1118 (C.D. Cal. 2003) (citations omitted).

24    201.   "Unlike a conspirator, an aider and abettor does not 'adopt as his or her

25 own' the tort of the primary violator.  Rather, the act of aiding and abetting is distinct

26 from the primary violation; liability attaches because the aider and abettor behaves

27 in a manner that enables the primary violator to commit the underlying tort." *Id.*

28

CLASS ACTION COMPLAINT

202.   The Promoter Defendants have previous knowledge and experience with making misleading promotional statements (with Defendant Mayweather having nearly an identical experience with a previous fraudulent cryptocurrency promotion), and, as such, knew or should have known that the marketing strategy employed by the Executive Defendants for the SAFEMOON Tokens was unlawful, deceitful, fraudulent, and/or violated the terms of the California, Florida, and New York state statutes described in this Complaint.

203.   By promoting the SAFEMOON Tokens on their social media platforms and through their reported conduct, the Promotor Defendants provided assistance that was a substantial factor causing the SAFEMOON Token price to both surge and do so long enough to allow all Defendants to sell their SAFEMOON Tokens for huge profits at the expense of their followers and investors.  Without the help of the Promoter Defendants' activities, the Executive Defendants would have been unable to use the misleading marketing strategy devised by Haines-Davies, Arriaga, and Witriol, and Defendants would not have been able to commit the violations of California state consumer protection statutes alleged herein.

204.   As a direct and proximate result of Promotor Defendants' unlawful, unfair, and deceptive practices, Plaintiffs and Class members suffered damages.  The Executive Defendants' activities with the Promoter Defendants caused Plaintiffs and the Class members to purchase and/or hold the SAFEMOON Tokens when they otherwise would not have done so.

205.   Plaintiffs seek to enjoin further unlawful, unfair, and/or fraudulent acts or practices by SafeMoon, to obtain monetary damages, restitution and disgorgement of all monies generated as a result of such practices, and for all other relief allowed under California law.

**FOURTH CAUSE OF ACTION**

**Violation of Illinois' Consumer Protection and Deceptive Trade Practices Act
815 Ill. Comp. Stat. 505/1, *et seq*.
(Against All Defendants)**

206.   Plaintiffs restate and reallege all preceding allegations above as if fully set forth herein.

207.   Plaintiff Viane is a resident of the State of Illinois.

208.   In Illinois, the Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/1, *et seq*., prohibits "unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact or the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act' . . . ."

209.   Plaintiffs and the Class members were injured by Defendants' deceptive misrepresentations, concealments and omissions and these misrepresentations, concealments and omissions were material and deceived Plaintiffs and the Class.   Because Plaintiffs and Class members relied on Defendants' misrepresentations, concealments, and omissions when purchasing Defendants' SAFEMOON Tokens, they were injured at the time of purchase.

210.   For the reasons discussed herein, Defendants violated and continued to violate Section 510/2(a) of the Illinois Uniform Deceptive Trade Practices Act by engaging in the unfair or deceptive acts or practices described herein.   Defendants' acts and practices, including their material omissions, described herein, were likely to, and did in fact, deceive and mislead members of the public, including consumers acting reasonably under the circumstances, to their detriment.   Defendants engaged in deceptive acts and practices under Illinois law by taking advantage of the lack of

knowledge, ability, experience, or capacity of Plaintiffs to a grossly unfair degree, including but not limited to, in the following ways:

(a) knowingly and intentionally concealing the Executive Defendants' specific roles and ownership interests in SafeMoon;

(b) knowingly and misleading making statements around the availability and functionality of the SafeMoon wallet when they knew or should have known that the wallet feature would not be ready for the scheduled launch;

(c) knowingly and misleading making statements regarding the security of the Company's liquidity pools for the SAFEMOON Tokens when they knew or should have known that the liquidity pools were designed in a way that allowed for the possibility of the liquidity pool being drained by Defendants or other bad actors; and

(d) knowingly and intentionally using and/or failing to disclose the use of the Promotor Defendants to "instill trust" in uninformed investors to promote the financial benefits of a highly speculative and risky investment in SAFEMOON Tokens, in an effort to manipulate and artificially inflate the price and trading volume of the SAFEMOON tokens and allow Defendants to sell their SAFEMOON Tokens at those inflated prices.

211. As a direct and proximate result of Defendants' unfair and deceptive practices, Plaintiffs and Class members suffered damages. Defendants' activities caused Plaintiffs and the Class members to purchase and/or retain SAFEMOON Tokens when they otherwise would not have done so.

212. Defendants' deceptive acts occurred in a course of conduct involving trade and commerce in Illinois and throughout the United States.

213. Defendants intended that Plaintiffs and all Class members would rely on their deceptive acts when purchasing the SAFEMOON Tokens.

214.   Pursuant to 815 ILCS 505/10a, Plaintiffs seeks actual damages for Defendants' violations of the Illinois Uniform Deceptive Trade Practices Act.

215.   Pursuant to 815 ILCS 510/3, Plaintiffs seek to enjoin further unlawful, unfair, and/or fraudulent acts or practices by SafeMoon, to obtain restitution and disgorgement of all monies generated as a result of such practices, and for all other relief allowed under Illinois law.  Under this section, "Proof of monetary damage, loss of profits or intent to deceive is not required."

216.   In addition, Plaintiffs are entitled to reasonable attorney's fees and any other relief this Court determined is appropriate. *See* 815 ILCS 510/3.

## FIFTH CAUSE OF ACTION

**Unjust Enrichment/Restitution**
**(California Common Law, in the Alternative)**
**(Against All Defendants)**

217.   Plaintiffs restate and reallege all preceding allegations above as if fully set forth herein.

218.   Plaintiffs and members of the Class conferred a monetary benefit on Defendants by raising the price and trading volume of the SAFEMOON Tokens, which allowed Defendants to sell their SAFEMOON Tokens to Plaintiffs and Class members at inappropriately and artificially inflated prices.

219.   Defendants received a financial benefit from the sale of their SAFEMOON Tokens at inflated prices and are in possession of this monetary value that was intended to be used for the benefit of, and rightfully belongs to, Plaintiffs and members of the Class.

220.   Plaintiffs seek restitution in the form of the monetary value of the difference between the purchase price of the SAFEMOON Tokens and the price those SAFEMOON Tokens sold for.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually, and on behalf of all others similarly situated, respectfully request that this Court:

1     A.     Determine that the claims alleged herein may be maintained as a class

2 action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order

3 certifying one or more of the Classes defined above;

4     B.     Appoint Plaintiffs as representatives of the Class and their counsel as

5 Class counsel;

6     C.     Award all actual, general, special, incidental, statutory, punitive, and

7 consequential damages and restitution to which Plaintiffs and the Class members are

8 entitled;

9     D.     Award post-judgment interest on such monetary relief;

10    E.     Grant appropriate injunctive and/or declaratory relief;

11    F.     Award reasonable attorneys' fees and costs; and

12    G.     Grant such further relief that this Court deems appropriate.

13                          **JURY DEMAND**

14     Plaintiffs, individually and on behalf of the putative Class, demand a trial by

15 jury on all issues so triable.

16 DATED:  February 17, 2022          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

17                                     s/ *John T. Jasnoch*
                                       ───────────────────
18                                     John T. Jasnoch (CA 281605)
                                       jjasnoch@scott-scott.com
19                                     600 W. Broadway, Suite 3300
                                       San Diego, CA 92101
20                                     Tel.: 619-233-4565
21                                     Fax: 619-236-0508

22                                     *Attorney for Plaintiffs and the Proposed Class*

23

24

25

26

27

28