| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565  FAX No: 619-233-0508<br><br>Attorney for: Plaintiff | | Ref. No. or File No.:<br>230982 | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff: Bill Merewhuader, et al. | | | | |
| Defendant: SafeMoon, LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV01108SVW(MRWx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Declaration re Proper Venue; Notice of Assignment to US Judges; Notice ot Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge; New Case Order

3. a. Party served:   Henry "Hank" Wyatt
   b. Person served:  Henry Wyatt, Personally

4. Address where the party was served:

   Shippensburg, PA 17257

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Mar. 20, 2022 (2) at: 8:08AM

7. **Person Who Served Papers:**
   a. Richard Sonoski
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*

   I Declare under penalty of perjury under the laws of the State of PENNSYLVANIA that the foregoing is true and correct.

   3-25-22                 Richard Sonoski
   *(Date)*                 *(Signature)*

   BATTLEFIELD PROCESS SERVING
   PO BOX 4248
   GETTYSBURG PA 17325-4248

   Commonwealth of Pennsylvania - Notary Seal
   Bertil Danielson. Notary Public
   Adams County
   My commission expires May 04, 2022
   Commission number 1332556

8. STATE OF PENNSYLVANIA, COUNTY OF __Adams__

   Subscribed and sworn to (or affirmed) before me on this __25__ day of __March__, __2022__ by Richard Sonoski proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons & Complaint                    (Notary Signature)

   jojas.230982