AVISO LEGAL GROUP LLP
Linda D. Lam, Esq. (SBN 229780)
llam@avisolegalgoup.com
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 262-3272
Facsimile:  (949) 271-4037

*Attorneys for Defendants
SafeMoon LLC, SafeMoon US, LLC,
SafeMoon Connect, LLC;
and SafeMoon Media Group LTD*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MEREWHUADER, CHRISTOPHER POLITE, and TIM VIANE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, SAFEMOON LTD, SAFEMOON PROTL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, and MILES PARKS McCOLLUM,<br><br>Defendants. | Case No. 2:22-cv-01108-SVW-MRW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  March 9, 2022<br>Current response date:  March 30, 2022<br>New response date:  April 20, 2022 |

# STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs Bill Merewhuader, Christopher Polite, and Tim Viane and Defendant SafeMoon LLC, through their undersigned counsel, hereby agree and stipulate to extend the time for SafeMoon LLC to respond to Plaintiffs' complaint.  The current response date for SafeMoon LLC is March 30, 2022.  The parties hereby stipulate to a 21-day extension, extending the deadline to **April 20, 2022**, which is the date upon which a responsive pleading is due from SafeMoon US, LLC, SafeMoon Connect, LLC, and SafeMoon Media Group Ltd.

Pursuant to Local Rule 8-3, because there are no prior stipulations and this stipulation does not extend the time to respond by more than thirty days from the date the response initially would have been due, this stipulation need not be approved by the Court.

DATED:  April 1, 2022             AVISO LEGAL GROUP LLP

By:  */s/ Linda D. Lam*
Linda D. Lam (SBN 229780)
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Tel.: (949) 262-3272
Fax:  (949) 271-4037
llam@avisolegalgoup.com

*Attorneys for Defendants SafeMoon LLC, SafeMoon US, LLC, SafeMoon Connect, LLC, and SafeMoon Media Group LTD*

| | | |
|---|---|---|
| 1 | DATED:  April 1, 2022 | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| 2 | | |
| 3 | | By: _/s/ John T. Jasnoch_____ |
| | | John T. Jasnoch (CA 281605) |
| 4 | | 600 W. Broadway, Suite 3300 |
| | | San Diego, CA 92101 |
| 5 | | Tel.:  619-233-4565 |
| | | Fax:  619-236-0508 |
| 6 | | jjasnoch@scott-scott-.com |
| 7 | | |
| | | *Counsel for Plaintiffs Bill Merewhauder,* |
| 8 | | *Christopher Polite, and Tim Viane* |

# ATTESTATION

I, Linda D. Lam, hereby attest that all other signatures listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

/s/ *Linda D. Lam*
Linda D. Lam