GIBSON, DUNN & CRUTCHER LLP
PAUL J. COLLINS (SBN 187709)
pcollins@gibsondunn.com
MICHAEL J. KAHN (SBN 303289)
mjkahn@gibsondunn.com
1881 Page Mill Rd.
Palo Alto, CA 94304
Telephone:  (650) 849-5309
Facsimile:   (650) 849-5009

AVISO LEGAL GROUP LLP
Linda D. Lam, Esq. (SBN 229780)
llam@avisolegalgoup.com
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 262-3272
Facsimile:  (949) 271-4037

*Attorneys for Defendants
SafeMoon LLC, SafeMoon US, LLC,
SafeMoon Connect, LLC;
and SafeMoon Media Group LTD*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MEREWHUADER, CHRISTOPHER POLITE, and TIM VIANE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, SAFEMOON LTD, SAFEMOON PROTL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ | Case No. 2:22-cv-01108-SVW-MRW<br><br>**STIPULATION RE: RESPONSE TO COMPLAINT**<br><br>Complaint served:  February 28, 2022 and various later dates<br>Current response date:  April 20, 2022; May 11, 2022; May 16, 2022<br>New response date:  To Be Determined |

1

STIPULATION RE: RESPONSE TO COMPLAINT

Case No. 2:22-cv-01108-SVW-MRW

Aviso Legal Group LLP

| | |
|---|---|
| WAY, BEN PHILLIPS, and MILES PARKS McCOLLUM,<br><br>        Defendants. | |

STIPULATION RE: RESPONSE TO COMPLAINT      Case No. 2:22-cv-01108-SVW-MRW

## STIPULATION RE: RESPONSE TO COMPLAINT

WHEREAS, the deadline for Defendants SafeMoon LLC, SafeMoon US, LLC, SafeMoon Connect, LLC, and SafeMoon Media Group LTD (the "SafeMoon Defendants") to respond to the complaint is April 20, 2022;

WHEREAS, the deadline for Defendant Miles Parks McCollum to respond to the complaint is May 11, 2022;

WHEREAS, the deadline for Defendant Henry Wyatt to respond to the complaint is May 11, 2022;

WHEREAS, the deadline for Defendant Jake Paul to respond to the complaint is May 16, 2022;

WHEREAS, on April 12, 2022, Plaintiffs Bill Merewhuader, Christopher Polite, and Tim Viane ("Plaintiffs") filed their Response to Order to Show Cause (Dkt. 33), in which they proposed that (i) this action should be consolidated with *Blacksher v. SafeMoon LLC*, Case No. 2:22-cv-1527-SVW-MAR (the "Consolidated Action"), and (ii) no defendant should be required to respond to any complaint until after the appointment of a lead plaintiff in the Consolidated Action and their filing of a consolidated complaint;

WHEREAS, on April 19, 2022, the Court declined to consolidate this action with *Blacksher* "at this time, prior to the selection of a lead plaintiff and lead counsel in the federal securities action" (Dkt. 37);

WHEREAS, the SafeMoon Defendants, Defendant McCollum, Defendant Paul, and Defendant Wyatt agree with Plaintiffs that they should not be required to respond to any complaint until after the appointment of a lead plaintiff in *Blacksher* and the potential future consolidation of this action with *Blacksher*; and

WHEREAS, this Stipulation does not constitute a waiver by any defendant joining this stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

THEREFORE, Plaintiffs, the SafeMoon Defendants, Defendant McCollum, Defendant Paul, and Defendant Wyatt hereby stipulate and agree, subject to approval of the Court, as follows:

1. The SafeMoon Defendants, Defendant McCollum, Defendant Paul, and Defendant Wyatt shall not be required to answer or otherwise respond to the complaint in this action pending appointment of a lead plaintiff in *Blacksher* and the lead plaintiff's filing of a complaint or designation of an existing complaint as the operative complaint.

2. After the appointment of a lead plaintiff in *Blacksher*, the SafeMoon Defendants, Defendant McCollum, Defendant Paul, and Defendant Wyatt will promptly meet and confer with Plaintiffs and the lead plaintiff in Blacksher and submit to the Court a proposed schedule for a response to the operative complaint.

3. This Stipulation does not constitute a waiver by any defendant joining this stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**IT IS SO STIPULATED.**

DATED: April 19, 2022            GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Paul J. Collins*
Paul J. Collins (SBN 229780)
1881 Page Mill Rd.
Palo Alto, CA 94303
Tel.: (650) 849-5309
Fax: (650) 849-5009
pcollins@gibsondunn.com

AVISO LEGAL GROUP LLP

By: */s/ Linda D. Lam*
Linda D. Lam (SBN 229780)
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Tel.: (949) 262-3272
Fax: (949) 271-4037
llam@avisolegalgoup.com

*Attorneys for Defendants SafeMoon LLC, SafeMoon US, LLC, SafeMoon Connect, LLC, and SafeMoon Media Group LTD*

DATED: April 19, 2022    SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: */s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott-.com

*Counsel for Plaintiffs Bill Merewhauder, Christopher Polite, and Tim Viane*

DATED: April 19, 2022    SANDERS ROBERTS LLP

By: */s/ Matthew D. Barzman*
Matthew D. Barzman
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Tel.: 213-426-5000
Fax: 213-234-4581
mbarzman@sandersroberts.com

*Counsel for Defendant Miles Parks McCollum*

| | | |
|---|---|---|
| 1 | DATED: April 19, 2022 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | | |
| 3 | | By: */s/ Peter I. Altman* |
| | | Neal R. Marder |
| 4 | | Peter I. Altman |
| 5 | | 1999 Avenue of the Stars |
| | | Suite 600 |
| 6 | | Los Angeles, CA 90067-6022 |
| 7 | | Tel.: 310-229-1000 |
| | | Fax: 310-229-1001 |
| 8 | | nmarder@akingump.com |
| 9 | | paltman@akingump.com |
| 10 | | *Attorneys for Defendant Henry Wyatt* |
| 11 | DATED: April 19, 2022 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 12 | | |
| 13 | | By: */s/ Levi Y. Silver* |
| | | Levi Y. Silver |
| 14 | | 401 B Street, Suite 1200 |
| 15 | | San Diego, CA  92101 |
| | | Tel.: (619) 231-0303 |
| 16 | | Fax: (619) 231-4755 |
| 17 | | Email: lsilver@swsslaw.com |
| 18 | | *Counsel for Defendant Jake Paul* |

**ATTESTATION**

I, Linda D. Lam, hereby attest that all other signatures listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

>  */s/ Linda D. Lam*
> Linda D. Lam