1  John T. Jasnoch (CA 281605)
   jjasnoch@scott-scott.com
2  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   600 W. Broadway, Suite 3300
3  San Diego, CA 92101
   Tel.: 619-233-4565
4  Fax: 619-233-0508

5  *Attorney for Lead Plaintiff Movant*
   *The Safemoon Investor Group*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10 | BILL MEREWHUADER,                        | Case No. 2:22-cv-01108-SVW-MRW
   | CHRISTOPHER POLITE, and TIM              |
11 | VIANE, Individually and on Behalf of     | **NOTICE OF MOTION AND**
   | All Others Similarly Situated,           | **MOTION OF LEAD PLAINTIFF**
12 |                                          | **MOVANT THE SAFEMOON**
   |                                          | **INVESTOR GROUP FOR:**
13 |                        Plaintiffs,       | **(1) CONSOLIDATION OF**
   |                                          | **RELATED ACTIONS;**
14 |            v.                            | **(2) APPOINTMENT AS CO-LEAD**
   |                                          | **PLAINTIFFS FOR SECURITIES**
15 | SAFEMOON LLC, SAFEMOON US,               | **CLAIMS; (3) APPROVAL OF**
   | LLC, SAFEMOON CONNECT, LLC,              | **SELECTION OF LEAD COUNSEL**
16 | SAFEMOON LTD, SAFEMOON                    | **FOR SECURITIES CLAIMS;**
   | PROTL LTD, SAFEMOON MEDIA                 | **(4) APPOINTMENT OF LEAD**
17 | GROUP LTD, BRADEN JOHN                    | **COUNSEL FOR NON-**
   | KARONY, JACK HAINES-DAIVE,               | **SECURITIES CLAIMS;**
18 | RYAN ARRIAGA, SHAUN                       | **MEMORANDUM OF POINTS**
   | WITRIOL, HENRY "HANK"                     | **AND AUTHORITIES IN**
19 | WYATT, JAKE PAUL, NICK                    | **SUPPORT THEREOF;**
   | CARTER, DeANDRE CORTEZ                    |
20 | WAY, BENE PHILLIPS, and MILES            |
   | PARKS McCOLLUM,                          |
21 |                                          | Judge: Stephen V. Wilson
   |                        Defendants.       | Date:  June 13, 2022
22 |                                          | Time:  1:30 p.m.
   |                                          | Courtroom 10A

23     *Caption Continued on Following Page.*

24

25

26

27

28 ────────────────────────────────────────────────
   NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; APPOINTMENT OF CO-
                LEAD PLAINTIFFS AND LEAD COUNSEL
   CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR

| | |
|---|---|
| KAYLA BLACKSHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-01527-SVW-MAR |
| Plaintiff, | |
| v. | |
| SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, THOMAS SMITH, KYLE NAGY, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM, | |
| Defendants. | |

## NOTICE OF MOTION AND MOTION

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff movants and putative Class members Mark Combs ("Combs"), Benjamin Northey ("Northey"), and Vlad Iacob ("Iacob,") (collectively referred to as the "Safemoon Investor Group"), by and through their undersigned counsel, hereby move this Court in Courtroom 10A of the United States District Court for the Central District of California, 350 West 1st Street, Los Angeles, California, 90012, on Monday, June 13, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard, for the entry of an order: (1) consolidating the above-captioned related actions; (2) appointing the Safemoon Investor Group as Co-Lead Plaintiffs over the securities claims for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; (3) approving their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Securities Counsel for the putative Class; and (4) appointing Scott+Scott as lead counsel for the non-securities claims.

This motion is made on the grounds that the two actions involve common questions of law and fact, that the Safemoon Investor Group timely filed this motion, and that they are the most adequate plaintiffs. Based on the information presently available, the Safemoon Investor Group has the largest financial interest in the relief sought by the Class amongst movants for lead plaintiff, meets the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), as their claims are typical of the claims of the Class, and they will fairly and adequately represent the interests of the Class. In addition, the Safemoon Investor Group has selected and retained Scott+Scott, a law firm with substantial experience in prosecuting securities class actions, to serve as Lead Counsel for the securities claims. Finally, it is appropriate for the Court to appoint Scott+Scott as Lead Counsel for the non-

1   securities claims as Scott+Scott has done significant work to advance the claims and

2   prosecute this action on behalf of class members.

3          This motion is based on this notice of motion and memorandum of points and

4   authorities herein, the Declaration of John T. Jasnoch ("Jasnoch Decl.") with

5   attached exhibits thereto filed concurrently herewith and in support thereof, the

6   pleadings and other files and records previously entered in these actions, and such

7   other written or oral argument as may be presented to the Court.

8   DATED: May 9, 2022                    Respectfully submitted,

9                                         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

10                                         *s/ John T. Jasnoch*

11                                        John T. Jasnoch (CA 281605)
                                          jjasnoch@scott-scott.com
                                          600 W. Broadway, Suite 3300
12                                        San Diego, CA 92101
                                          Telephone: (619) 233-4565
13                                        Facsimile:  (619) 233-0508

14                                        *Attorney for Lead Plaintiff Movant*
                                          *The Safemoon Investor Group*
15

16

17

18

19

20

21

22

23

24

25

26

27

                                              2

28   NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; APPOINTMENT OF CO-
          LEAD PLAINTIFFS AND LEAD COUNSEL
     CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on May 9, 2022, I electronically filed the foregoing with

3   the Clerk using CM / ECF, which will send notification via electronic means to all

4   counsel of record.

5   DATED: May 9, 2022        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

6                                          *s/ John T. Jasnoch*
                                           John T. Jasnoch
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                  3
28   NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; APPOINTMENT OF CO-
       LEAD PLAINTIFFS AND LEAD COUNSEL
     CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR