| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Michael D. Holtz (Bar No. 149616) <br> mholtz@theholtzfirm.com <br> THE HOLTZ FIRM <br> 21650 Oxnard Street, Suite 500 <br> Woodland Hills, CA 91367-4911 <br> Telephone: (310) 464-1088 <br> Facsimile: (323) 206-5535 | |
| ATTORNEY(S) FOR: Defendant Nick Carter | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BILL MEREWHUADER, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-01108-SVW-MRW |
| v. | |
| SAFEMOON, LLC, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Nick Carter_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nick Carter | Defendant |

May 13, 2022                         /s/ Michael D. Holtz
Date                                 Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Nick Carter

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES