1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL MEREWHUADER, CHRISTOPHER POLITE, and TIM VIANE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, SAFEMOON LTD, SAFEMOON PROTL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAIVE, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BENE PHILLIPS, and MILES PARKS McCOLLUM,<br><br>Defendants. | Case No. 2:22-cv-01108-SVW-MRW<br><br>**ORDER GRANTING MOTION OF LEAD PLAINTIFF MOVANT THE SAFEMOON INVESTORS GROUP FOR:**<br>**(1) CONSOLIDATION OF RELATED ACTIONS;**<br>**(2) APPOINTMENT AS CO-LEAD PLAINTIFFS FOR SECURITIES CLAIMS; (3) APPROVAL OF SELECTION OF LEAD COUNSEL FOR SECURITIES CLAIMS;**<br>**(4) APPOINTMENT OF LEAD COUNSEL FOR NON-SECURITIES CLAIMS** |

*Caption Continued on Following Page.*

| | |
|---|---|
| KAYLA BLACKSHER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, THOMAS SMITH, KYLE NAGY, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM,<br><br>               Defendants. | Case No. 2:22-cv-01527-SVW-MAR |

WHEREAS, Lead Plaintiff movants and putative Class members Mark Combs, Benjamin Northey, and Vlad Iacob (the "Movants") (collectively referred to as the "Safemoon Investors Group") have moved, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for: (1) consolidation of the above-captioned actions; (2) appointment as Co-Lead Plaintiffs; (3) approval of their selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for plaintiffs and the Class over the securities claims; and (4) appointment of Scott+Scott as lead counsel for the non-securities claims, and good cause appearing therefore:

**IT IS HEREBY ORDERED** as follows:

1. Movants are the most adequate plaintiffs and are appointed Co-Lead Plaintiffs for the Class in the Action (and any subsequently consolidated or related actions) to represent the Class.

2. Co-Lead Plaintiffs' selection of Lead Counsel for the Class is hereby approved. The law firm of Scott+Scott is appointed as Lead Counsel for the securities claims, and Roche Freedman as Additional Counsel are hereby approved. The Court also appoints Scott+Scott as Lead Counsel for the non-securities claims asserted in the related actions. Lead Counsel shall have the authority to speak for all plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

1

ORDER GRANTING MOTION FOR CONSOLIDATION;
APPOINTMENT OF CO-LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NOS. 2:22-cv-01108-SVW-MRW; 2:22-CV-01527-SVW-MAR

        (a)    to brief and argue motions;

        (b)    to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel, the preparation of written interrogatories, requests for admission, and requests for production of documents;

        (c)    to direct and coordinate the examination of witnesses in depositions;

        (d)    to act as spokesperson at pretrial conferences;

        (e)    to call and chair meetings of plaintiffs' counsel, as appropriate or necessary, from time-to-time;

        (f)    to initiate and conduct any settlement negotiations with counsel for Defendants;

        (g)    to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel, as may be required in such a manner, as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

        (h)    to consult with and employ experts;

        (i)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

        (j)    to perform such other duties as may be expressly authorized by further order of this Court.

    3.    Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

    4.    No motion, application, or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiffs, except through Lead Counsel.

5. All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and Defendants' counsel by the Court's Electronic Case Filing ("ECF") system, overnight mail service, telecopy, and/or hand delivery.

6. All other service shall take place by regular mail.

7. Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

8. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Co-Lead Plaintiffs.

9. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within 10 days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

10. The Court orders these cases consolidated, with 2:22-cv-01108-SVW-MRW as the lead case. Case 2:22-cv-01527-SVW-MRW is administratively closed and moved to the inactive calendar. All future filings shall be made in the lead case. Plaintiffs shall designate an existing complaint as the operative complaint or file an amended complaint within 21 days.

**IT IS SO ORDERED.**

DATED:   June 7, 2022

_____
Stephen V. Wilson
United States District Judge