GIBSON, DUNN & CRUTCHER LLP
PAUL J. COLLINS (SBN 187709)
pcollins@gibsondunn.com
MICHAEL J. KAHN (SBN 303289)
mjkahn@gibsondunn.com
JACOB U. ARBER (SBN 337559)
jarber@gibsondunn.com
1881 Page Mill Rd.
Palo Alto, CA 94304
Telephone: (650) 849-5309
Facsimile: (650) 849-5009

AVISO LEGAL GROUP LLP
Linda D. Lam, Esq. (SBN 229780)
llam@avisolegalgoup.com
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 262-3272
Facsimile: (949) 271-4037

*Attorneys for Defendants SafeMoon LLC; SafeMoon US, LLC; SafeMoon Connect, LLC; SafeMoon Media Group LTD; and Braden John Karony*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COMBS, VLAD IACOB, and BENJAMIN NORTHEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, JAKE PAUL, DAVID PORTNOY, KYLE NAGY, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM,<br><br>Defendants. | Case No. 2:22-cv-01108-SVW-MRW<br><br>**DECLARATION OF JACOB U. ARBER IN SUPPORT OF STIPULATION RE: RESPONSE TO CONSOLIDATED COMPLAINT**<br><br>Complaint filed: June 29, 2022 |

1

I, Jacob U. Arber, declare:

1. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP, am licensed to practice law in the State of California, and am admitted to practice before the United States District Court for the Central District of California. I am one of the attorneys representing defendants SafeMoon LLC, SafeMoon US, LLC, SafeMoon Connect, LLC, SafeMoon Media Group LTD, and Braden John Karony (collectively, the "SafeMoon Defendants") in the above-captioned action.

2. On June 29, 2022, Plaintiffs Mark Combs, Vlad Iacob, and Benjamin Northey (collectively, "Plaintiffs") filed a Consolidated Complaint in the above-captioned action. The SafeMoon Defendants' deadline for responding to the Consolidated Complaint is July 20, 2022.

3. On May 17, 2022, counsel for Plaintiffs filed a substantially similar putative class action complaint in the United States District Court for the District of Utah.

4. Following the filing of the complaint in the District of Utah, counsel for the SafeMoon Defendants and counsel for Plaintiffs met and conferred regarding the venue for this action. To avoid the burden and expense of motion practice regarding venue, the SafeMoon Defendants, all other defendants who have appeared in this action (collectively, "Defendants") and Plaintiffs agreed to file a stipulation transferring this action to the District of Utah. Defendants and Plaintiffs are currently in the process of negotiating the terms of such a stipulation.

5. Defendants intend to file one or more motions to dismiss the Consolidated Complaint. Upon transferring this action to the District of Utah, the parties intend to submit a briefing schedule for Defendants' motion(s) to dismiss the Consolidated Complaint.

DECLARATION OF JACOB U. ARBER
ISO STIPULATION RE: RESPONSE TO
CONSOLIDATED COMPLAINT

Case No. 2:22-cv-01108-SVW-MRW

Gibson, Dunn &
Crutcher LLP

6. Defendants and Plaintiffs further agreed that the Defendants should not be required to respond to the Consolidated Complaint until after the transfer issue is resolved.

7. Postponing Defendants' time to respond to the Consolidated Complaint in the above-captioned action until after the parties file a stipulation regarding transfer and the Court issues an order on the stipulation will not delay the progress of this case or prejudice any party. The requested postponement will not delay any deadlines set by the Court in this case because no scheduling order has issued, nor has a trial date been set.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2022, at Palo Alto, Santa Clara County, California.

                                       */s/ Jacob U. Arber*
                                        Jacob U. Arber