| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Andrew B. Brettler (SBN 262928)<br>Jake A. Camara (SBN 305780)<br>LAVELY & SINGER, P.C.<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>(310) 556-3501<br>abrettler@lavelysinger.com<br>jcamara@lavelysinger.com | CLEAR FORM |
| ATTORNEY(S) FOR: Defendant DAVID PORTNOY | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| COMBS, et al.<br><br>Plaintiff(s),<br>v.<br>SAFEMOON, LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-01108-SVW-MRW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __David Portnoy__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| David Portnoy | Defendant |

| | |
|---|---|
| August 22, 2022 | s/ Andrew B. Brettler |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

David Portnoy